

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

LEAGUE OF UNITED LATIN AMERICAN §
CITIZENS, INC. §
Plaintiff, §
§
v. § Civ. Action No. **CV 13 4725**
§
NATIONAL LEAGUE OF LATIN §
AMERICAN CITIZENS, BERNARDO EURESTE §
Individually, ANGEL G. LUEVANO, Individually § **JSC**
ARGENTINA DAVILA-LUEVANO, Individually §
And Jan B. TUCKER, Individually §
Defendants. §

## PLAINTIFF'S ORIGINAL COMPLAINT

This is an action for trademark infringement and claims under CA Civil Code § 1572

Fraud, CA Civil Code §3336 Conversion of Property, Restatement of Torts § 682 Abuse of

Process. Plaintiff, the League of United Latin American Citizens (hereinafter "LULAC"), files

this Original Complaint seeking injunctive relief and damages against the National League of

Latin American Citizens (hereinafter "NLLAC"), Bernardo Eureste, individually, Angel G.

Luevano, individually, Argentina Davila-Luevano, individually, and Jan B. Tucker, individually.

### Parties

1.      Plaintiff LULAC is a Texas non-profit corporation with its principal place of

business in most of the 50 states including California, the commonwealth of Puerto Rico and in

the District of Columbia. Plaintiff LULAC was founded in Texas on February 17, 1929 and

thereafter incorporated in Texas in 1931.

2.      Defendant National League of Latin American Citizens (NLLAC)

was incorporated under the laws of the state of Nevada, on August 1, 2011. Upon information

and belief, Defendant NLLAC operates or purports to operate a non-profit advocacy

organization through membership recruitment, and by attempting to take members from Plaintiffs organization and by purporting to also be members of Plaintiff LULAC's California chapter / council organization. Defendants' have adopted a name similar to Plaintiff LULAC and adopted the slogan "continuing the legacy of 1929", to purposely cause confusion among persons who may be searching for Plaintiff LULAC, the oldest and largest Latino organization in the United States founded on February 17, 1929. Defendant NLLAC has adopted similar aspects of Plaintiff's Constitution and By-Laws as its own including its membership / council structure. Defendant NLLAC may be served with process by serving its registered agent for service of process, Bernardo Eureste at 9406 Sharpview Drive, Houston TX 77036.

3. Bernardo Eureste is an individual and former member of Plaintiff LULAC, who resides at 9406 Sharpview Drive, Houston, TX 77036.

4. Angel G. Luevano is an individual, former member of Plaintiff LULAC, who resides at 3001 Kodiak Street, Suite 120 , Antioch, CA. 94531.

5. Argentina Davila-Luevano is an individual, former member of Plaintiff LULAC, who resides at 3001 Kodiak Street, Suite 120 , Antioch, CA. 94531.

6. Jan B. Tucker is an individual, former member of Plaintiff LULAC, who resides at P.O. Box 433, Torrance, CA. 90508-0433.

#### Jurisdiction and Venue

6. This Complaint involves claims for trademark infringement arising under the trademark laws of the United States, Title 15, *United States Code* and related claims of unfair competition in violation of the *Lanham Act*, 15 U.S.C. §1125, common law trademark infringement and common law unfair competition. This Court has jurisdiction pursuant to the provisions of 28 U.S.C. §§1331 and 1338.

7. This complaint also involves claims under (CA Civil Code § 1572 Fraud, CA

LULAC vs. NLLAC et. al. Page - 2 -

Civil Code §3336 Conversion of Property, Restatement of Torts § 682 Abuse of Process).

8.      Venue of this action in this Court and district is proper pursuant to the provisions of 28 U.S.C. § 1391(b), because some or all of the tortuous acts of trademark infringement and unfair competition have occurred in the State of California and/or have been directed at Plaintiff LULAC, a non-profit corporation doing business within this district and the State of California. Thus, this Court has personal jurisdiction over the Defendants.

In addition the events giving rise to tortuous infringement against Plaintiff LULAC occurred in this district, and all Defendants displayed and distributed the infringing items to the public in this district through email distribution, personal delivery and internet the blog Voice of the Mainland. Venue is further proper in this district pursuant to 28 U.S.C. §1391(b)(2).

## Factual Background

9.      Plaintiff LULAC is the largest and oldest Latino membership based organization in the United States. Plaintiff LULAC was founded in Texas in 1929 in Corpus Christi, Texas, and incorporated in the State of Texas in 1931. (Exhibit 1)

10.     The *League of United Latin American Citizens* is the owner of a federal protected trademark issued by the United States Patent and Trademark office under serial number 78873526 filed on December 12, 2006 and issued registration number 3213141 on February 20, 2007. (Exhibit 2)

11.     *LULAC* is the owner of a federal protected trademark issued by the by the United States Patent and Trademark office under serial number 78873950 filed on May 1, 2006 and issued registration number 3211325 on February 20, 2007. (Exhibit 3)

12.                    *LULAC* is the owner of a federal protected trademark issued by the

by the United States Patent and Trademark office under serial number 78873962 filed on May 2,

2006 and issued registration number 3211326 on February 20, 2007. (Exhibit 4)

13.     These marks as described in paragraphs 10, 11, 12 above are collectively referred

to as the "LULAC Marks".

14.     The individual Defendant's herein, without authority from Plaintiff LULAC

incorporated Defendant NLLAC in the State of Nevada, as a separate entity from Plaintiff

LULAC on August 1, 2011 as a non-profit corporation. (Exhibit 5)

15.     Prior to their unauthorized action of incorporating NLLCA, Defendants Bernardo

Eureste, was permanently removed as a member of Plaintiff LULAC at a special hearing of the

National Board of Directors meeting in $\overline{7\text{E}XNS}$  on $\textit{Oct. 2}$ , 20$\textit{11}$.

16.     Prior to their unauthorized action of incorporating Defendant NLLAC, taking the

office of California State Director of NLLAC, and continuing to hold himself out to the public as

a member and officer of Plaintiff LULAC, Defendant Angel G. Luevano was permanently

removed as a member of Plaintiff LULAC at a special hearing of the National Board of

Directors, meeting in Washington, D.C. on February 12, 2011.

17.     Prior to their unauthorized action of incorporating Defendant NLLAC, assisting

her husband Angel with the promotion of NLLAC and continuing to hold herself out to the

public as State Director of California LULAC, Defendant Argentina Davila-Luevano was

permanently removed as a member of Plaintiff LULAC at a special hearing of the National

Board of Directors, meeting in Washington, D.C. on February 12, 2011.

18.     Prior to their unauthorized action of incorporating Defendant NLLAC and assisting Defendants' the Luevanos, Defendant Jan Tucker ceased being a member of Plaintiff LULAC.

19.     Each individual Defendant, with the exception of Defendant Tucker, was removed from their state office or membership for separate and individual violations of the Plaintiff LULAC's constitution, protocol and by-laws.

20.     After their unauthorized action in incorporating Defendant NLLAC and other acts as described above, the Defendant's the Luevano's and Jan B.Tucker sought intervention of the California state courts to overturn their removal as Plaintiff LULAC members or office holder. This intervention was publicly supported by Defendant Bernardo Eureste.

21.     Prior to their unauthorized action in incorporating Defendant NLLAC and other acts as described above, the individual Defendants filed suit on September 1, 2011 in the Superior Court, Los Angeles County, CA under Cause No. 441643. The suit requested a Temporary Restraining Order, Temporary Injunction and Permanent Injunction against Plaintiff LULAC. After several hearings in this case, the Court dismissed their suit for (failure to follow court procedure and process, and failure to amend complaint to state a cause of action).

22.     Since 1929, Plaintiff LULAC has spent an enormous amount of resources developing and marketing the Plaintiff LULAC organization. The public has come to recognize the distinctive "LULAC" name and "LULAC" Marks, and associates the name and marks with the Plaintiff herein. As a result, Plaintiff LULAC has developed a significant amount of goodwill in association with the use of the "LULAC" Marks and has established an excellent reputation regarding the quality of its advocacy in issues important to the Latino community. Plaintiff LULAC's reputation is known throughout California, the United States and Puerto Rico. Plaintiff LULAC is known for its advocacy in education, immigration, worker rights, civil rights,

and other issues important to the Latino community. Plaintiff LULAC asserts its advocacy by various means, including but not limited to civil rights, voter rights and other types of litigation.

23.     The individual Defendants, without authorization from Plaintiff LULAC, has been using the "LULAC" Marks in its attempt to circumvent both the decision of the Plaintiff LULAC and its' National Board of Directors as well as the Los Angeles County Superior Court of California which denied their attempts to overturn the decision of the Plaintiff LULAC. The individual Defendants have begun promoting the creation "NLLAC" and continue to hold themselves out as members of LULAC, California LULAC and continue to fraudulently raise money and advocate using the LULAC marks for their own personal gain. These Defendants promote themselves by means of electronic mail to the Plaintiff LULAC's membership, personal handouts and through an internet blog, the "Voice of the Mainland." (Exhibit 7 and 8)

24.     Based on information and belief, Defendant NLLAC has begun marketing by using the slogan "continuing the legacy of 1929" and using a name strikingly similar to Plaintiff LULAC which could lead to confusion of the "LULAC" Marks. (Cite examples)

### Count 1
### Federal Trademark Infringement

25.     The allegations set forth in Paragraphs 1 through 24 are incorporated by reference as if fully set forth herein.

26.     Under the *Lanham Act*, 15 U.S.C. § 1057, Plaintiff LULAC's registration of the "LULAC" Marks constitutes *prima facie* evidence of the validity of the "LULAC Marks," of Plaintiff LULAC's ownership of the "LULAC" Marks, and of Plaintiff LULAC's exclusive right to use the "LULAC" Marks in connection with its non-profit advocacy organization and any legal use.

27.     Defendant NLLCA use of the slogan "continuing the legacy of 1929" and the use of the name the National League of Latin American Citizens to identify its non-profit advocacy

LULAC vs. NLLAC et. al. Page - 6 -

services is likely to cause confusion, mistake or deception to consumers, sponsors and supporters of Plaintiff the League of United Latin American Citizens (LULAC) founded in Texas in 1929, as to the source of the services and constitutes trademark infringement in violation of the *Lanham Act*, 15 U.S.C. § 1114.

28.     Plaintiff LULAC has no control over the nature and quality of the non-profit advocacy offered by Defendants under the Defendant NLLAC name, and confusion is likely to arise with respect to the ownership or management of organization services owned and managed by Defendants. As a result Plaintiff LULAC's goodwill with respect to the "LULAC" Marks will suffer.

29.     Plaintiff LULAC has tried everything reasonable to control the Luevanos and John Tucker from using the "LULAC" Marks for their own personal gain and Defendant's the Luevano's and Tucker refuse. Thus Plaintiff LULAC has no control over the nature and quality of the advocacy offered by Defendants the Luevano's and Tucker which is misleading and will continue to mislead and confusion is likely to arise with respect to the unauthorized management of organization services managed by Defendants'. As a result Plaintiff LULAC's goodwill with respect to the "LULAC" Marks will suffer.

30.     The goodwill of Plaintiff LULAC under the "LULAC" Marks is of substantial value to Plaintiff LULAC, and Plaintiff LULAC has suffered and will continue to suffer irreparable harm should the infringement by Defendants be allowed to continue.

31.     Based upon information and belief, the trademark infringement by Defendants will continue unless enjoined by this Court. Pursuant to 15 U.S.C. § 1116, Plaintiff LULAC seeks a temporary restraining order, preliminary and permanent injunction against further trademark infringement by Defendants.

32.     Defendants' acts of trademark infringement have caused harm and damage to

Plaintiff LULAC. The amount of these damages is not yet determined. Pursuant to 15 U.S.C. § 1117, Plaintiff LULAC is entitled to and seeks Defendants' profits if any, money raised, actual damages, and costs of this action, and such additional relief as may be deemed appropriate and proper.

33.     On information and belief, Defendants' acts of trademark infringement have been and continue to be deliberate and willful and warrant an award of enhanced damages. In addition, Plaintiff LULAC is entitled to and seeks a finding that this case is exceptional and warrants an award of attorney's fees pursuant to 15 U.S.C. § 1117(a).

**Count II**
**False Designation of Origin and Unfair Competition**
**Under 15 U.S.C. § 1125(a)**

34.     The allegations set forth in Paragraphs 1 through 33 are incorporated by reference as if fully set forth herein.

35.     Defendants' acts described herein constitute false or misleading descriptions and/or representations of fact which are likely to cause confusion, mistake, or deception as to the affiliation, connection, or association of Defendants' services with Plaintiff LULAC's services in violation of the *Lanham Act,* 15 U.S.C. § 1125 (a) (1) (A) and constitute unfair competition.

36.     Defendants' acts described herein further constitute a bad faith intent to benefit or profit from Plaintiff LULAC's Marks in violation of the *Lanham Act*, 15 U.S.C. §1125(d)(1)(A) and constitute unfair competition.

37.     Based on information and belief, Defendants will continue their acts of unfair competition unless enjoined by this Court. Pursuant to 15 U.S.C. §1116, Plaintiff LULAC seeks a temporary restraining order, preliminary and permanent injunction against further acts of unfair competition by Defendants'.

38.     Defendants' acts of unfair competition and false designation of origin have caused

harm and damage to Plaintiff LULAC. The amount of these damages is not yet determined. Pursuant to 15 U.S.C. § 1117(a), Plaintiff LULAC is entitled to and seeks Defendants' profits, if any, money raised, actual damages, and costs of this action and such additional relief as may be deemed appropriate and awarded by this Court.

39. On information and belief, Defendants' acts of unfair competition and false designation of origin have been and continue to be deliberate and willful, and warrant an award of enhanced damages. In addition, Plaintiff LULAC is entitled to and seeks a finding that this case is exceptional and warrants an award of attorney's fees pursuant to 15 U.S.C. § 1117(a).

## Count III
## Common Law Trademark Infringement

40. The allegations set forth in paragraphs 1 through 39 are incorporated by reference as if fully set forth herein.

41. One or more of the "LULAC" Marks is eligible for protection under common law.

42. Plaintiff LULAC enjoys common law rights to the exclusive use of one or more of the "LULAC" Marks in the state of California in connection with a non-profit advocacy organization and any legal use thereof.

43. "LULAC" has acquired secondary meaning in each of the "LULAC" Marks.

44. Plaintiff LULAC began using one or more of the "LULAC" Marks prior to Defendants' use thereof, and in connection with Defendants'' activities as a non-profit advocacy organization, including but not limited to Plaintiff LULAC's Constitution, Protocol, By-Laws and membership.

45. Defendants' past and current use of the "LULAC" Marks constitutes trademark infringement under common law.

46. Defendants' acts further constitute a malicious, fraudulent, or grossly negligent attempt to benefit or profit from Plaintiff LULAC and its "LULAC" Marks in violation of its

trademark rights.

47.     The offering by Defendants' of services or solicitation of donations and/or contributions, using confusingly similar marks is likely to cause and has caused confusion as to the source of origin of the services, in that using "LULAC" and/or "NLLAC" services or the solicitation of donations or contributions are likely to associate or have associated such services, donations or contributions as originating with Defendants, all to the detriment of and resulting in damages to Plaintiff LULAC.

48.     Defendants' acts of common law trademark infringement have caused great harm and damage to Plaintiff LULAC. The amount of these damages is not yet determined. Plaintiff LULAC seeks actual damages, including but not limited to lost donations or contributions and such additional relief as may be deemed appropriate and awarded by this Court.

49.     On information and belief, Defendants' acts of trademark infringement have been and continue to be deliberate, willful, with malice and/or gross negligence, thereby warranting an award of exemplary damages under (§3333 and §3294 of the California Civil Code)

50.     Based on information and belief, Defendants' will continue their willful acts of trademark infringement unless enjoined by this Court. Plaintiff LULAC seeks a temporary restraining order, preliminary and permanent injunction against further acts of unfair competition by Defendants'.

## Count IV
## Common Law Unfair Competition

51.     The allegations set forth in paragraphs 1 through 50 are incorporated by reference as if fully set forth herein.

52.     Defendants' conduct has and is likely to confuse, mislead, or deceive consumers, members, donors and contributors or potential consumers, donors, contributors and members, and constitutes unfair competition under the laws of the State of California.

53.     Defendant's acts of common law unfair competition have caused great harm and damage to Plaintiff LULAC. The amount of these damages has not yet been determined. Plaintiff LULAC seeks actual damages, exemplary damages, and such additional relief as may be deemed appropriate and awarded by this Court.

54.     On information and belief, Defendants' acts of unfair competition have been and continue to be deliberate and willful, with malice and/or gross negligence, thereby warranting an award of exemplary damages under (§3333 and §3294 of the California Civil Code).

55.     Based on information and belief, Defendants will continue their willful acts of trademark infringement unless enjoined by this Court. Plaintiff LULAC seeks a temporary restraining order, preliminary and permanent injunction against further acts of unfair competition by Defendants.

## Count IV
## Fraud under California Civil Code § 1572

56.     The allegations set forth in paragraphs 1 through 55 are incorporated by reference as if fully set forth herein.

57.     Defendants have obtained funds that were intended for the use of Plaintiff LULAC's stated purposes. Defendants created at least three non-profit corporations to be used as collectors of funds that were intended to go to Plaintiff LULAC; however, Defendants funneled, diverted, and/ or misappropriated these funds for their own purposes.

58.     Defendants misled the Hilton Oakland Airport Hotel (Oakland CA) by misrepresenting the payment of the balance owed to said Hotel, Spring of 2009 (Exhibit 9). It is unknown if said balance was ever satisfied as Defendants failed to provide an accounting of said funds.

59.     Defendants misled various sponsors and supporters into believing that the funds

that were being solicited were going to be spent on the Spring 2010 California State LULAC Convention. The funds were solicited through California League of United Latin American Citizens Institute (also known as CLI, Exhibit 10). There was never an accounting of said funds, and Plaintiff does not know where the money was nor if it was spent on the Convention costs.

60.     Based on information and belief, it is alleged that Defendants raised funds for "Youth Activities" but subsequently cancelled said activities at aforementioned conventions and did not account for the disbursement of said funds.

61.     On information and belief, it is alleged that Defendants used California State LULAC bank accounts for unauthorized dispersals and withdrawals. Defendants opened and closed bank accounts using either of the three non-profit corporations that they formed for the purpose of fundraising, soliciting charitable contributions and corporate sponsorship, without the requisite authorization nor following the requisite by-laws and procedures.

62.     Defendants continue to act in a fraudulent manner to the present day; a fundraiser in conjunction with other community groups is scheduled for Antioch, Contra Costa County (CA) on October 12, 2013. Defendants continue to use the California LULAC Institute, Inc. to raise funds and they continue to represent that California LULAC Institute, Inc. is affiliated with Plaintiff LULAC.

62.     Allegations based on information and belief will be verified at trial, currently, Defendants have failed to provide items that have been repeatedly requested by state and national officers of LULAC. The failure to comply which said requests provides proof of Defendants intent to permanently deprive LULAC of its rightful records and property.

63.     On information and belief, Defendants' acts of fraudulent misrepresentation and deceit have been and continue to be deliberate and willful, with malice and/or gross negligence, thereby warranting an award of exemplary damages under (§3333 and §3294 of the California

LULAC vs. NLLAC et. al. Page - 12 -

Civil Code).

64.     Based on information and belief, Defendants will continue their willful acts of fraud unless enjoined by this Court. Plaintiff LULAC seeks a temporary restraining order, preliminary and permanent injunction against further acts of fraud by Defendants.

### Count V
### Conversion of Property
### under California Civil Code § 3336

65.     The allegations set forth in paragraphs 1 through 64 are incorporated by reference as if fully set forth herein.

66.     Defendants have misappropriated monies, funds, and contributions intended for the use of Plaintiff LULAC. Plaintiff has repeatedly requested records, audits, and/ or any information leading to the existence or whereabouts of said funds. To the present day, Defendants have offered no response as to the existence or whereabouts of said funds, depriving Plaintiff LULAC of said funds permanently.

67.     Defendants obtained certain property that is the sole property of Plaintiff LULAC including records, banners, and other assorted items that establish Plaintiff's identity as the nationally recognized community service organization known as LULAC. Repeated efforts to re-acquire the property has been met with negative results, depriving Plaintiff of said property permanently.

67.     On information and belief, it is alleged that the funds were collected were to be used for the California State LULAC, under Plaintiff LULAC's auspices. Funds were collected both out of state and nationally.

68.     On information and belief, Defendants' acts of theft have been and continue to be deliberate and willful, with malice and/or gross negligence, thereby warranting an award of exemplary damages under (§3333 and §3294 of the California Civil Code).

69. Based on information and belief, Defendants will continue their willful acts of theft unless enjoined by this Court. Plaintiff LULAC seeks a temporary restraining order, preliminary and permanent injunction against further acts of theft by Defendants.

## Count VI
## Common Law Abuse of Process

70. The allegations set forth in paragraphs 1 through 69 are incorporated by reference as if fully set forth herein.

71. Defendants and each of them did cause to file and serve a complaint in State Court against Officers and Directors of Plaintiff LULAC and California State Officers and Directors.

72. Defendants filed said complaint (Exhibit 11), knowing that they did not have standing to file said complaint. Defendants filed said complaint knowing that there were no grounds for the Court to grant prayed for relief.

73. Defendants followed the advice and counsel of a convicted felon, disbarred Texas Attorney Bernabe Eureste. Langauge that Defendant Eureste used in his blog 'The Voice of the Mainland' (Exhibit 12) was followed word for word in the complaint filed in State Court. Legal tactics that were described by Defendant Eureste in said blog were followed to the letter in the course of the court calendar. Defendant Eureste by advising and counseling the other Defendants was practicing law without a license.

74. Defendant Jan Tucker was at the time of the filing of the complaint, the Parliamentarian for California State LULAC, and in a conflict of interest, he became the private investigator for the Defendants assisting them in their lawsuit. Defendant Tucker did not disclose to the properly elected officers, that he was acting in direct conflict to the interest of Plaintiff and was privy to information that he would not have been privy to had he so disclosed

his intent to work for Defendants. At the time of his defection, Defendant Tucker knew that the other Defendants had been expelled by Plaintiff LULAC and that there was no basis in law or fact for the complaint.

75.     Defendants complaint was later dismissed for failure to comply with Court orders, follow Court rules and for not stating a basis in law or fact for the complaint.

76.     During the pendency of the law suit, Defendants deprived Plaintiff of its property, continued to misrepresent themselves as officers of LULAC, and cost LULAC and its officers' time, money, and anguish in defending the suit.

**Bench Trial Requested**

77.     Plaintiff LULAC hereby requests a bench trial on all issues so triable and as alleged in this Complaint.

**Prayer**

WHEREFORE, Plaintiff, LULAC, respectfully prays that this Court enter judgment as follows:

a.     That Defendants, National League of Latin American Citizens (NLLAC), Bernardo Eureste, Angel G. Luevano, Argentina Davila-Luevano, and Jan B.Tucker jointly and severable, and its officers, agents, employees, attorneys, corporations, associations or companies under the control of Defendants', and all other persons in active concert and/or participation with Defendants', be temporarily, preliminarily and permanently enjoined from engaging in the acts of trademark infringement, unfair competition, and trademark dilution complained of herein, including without limitation use of the LULAC Marks and any confusingly similar mark;

b.     That Defendants, National League of Latin American Citizens (NLLAC), Bernardo Eureste, Angel G. Luevano, Argentina Davila-Luevano, and Jan B. Tucker be ordered

LULAC vs. NLLAC et. al. Page - 15 -

to provide and produce an accounting of all revenue received from donations, contributions or

any other source resulting from their acts of trademark infringement and unfair competition

complained of herein, and that Defendants', jointly and severable, pay Plaintiff LULAC all

monies received by Defendants'' and all damages suffered by Plaintiff LULAC as a result of

Defendants' acts of trademark infringement and unfair competition;

      c.     That the Court find that Defendants' acts of trademark infringement and unfair

competition are deliberate and willful, that this is an exceptional case, and that Plaintiff LULAC

be awarded enhanced damages, exemplary damages, attorneys' fees, and costs of court;

      d.     That Plaintiff LULAC be awarded prejudgment and post-judgment interest; and

      e.     For such other and further relief to which Plaintiff LULAC may show itself justly

entitled.

Respectfully submitted,

*p/r Luis Vera Jr.*

Luis Roberto Vera, Jr.
LULAC National General Counsel
Texas State Bar No. 20546740
The Law Offices of Luis Roberto Vera, Jr.
  & Associates
1325 Riverview Towers
111 Soledad
San Antonio, Texas 78205-2260
Tel 210-225-3300
Fax 210-225-2060
lrvlaw@sbcglobal.net

Xavier R. Baeza
LULAC California Legal Advisor
California State Bar No. 131332
3366 22nd Street
San Francisco, CA 94110
Tel 415-839-0054
xrbaeza@comcast.net

**Attorneys for the Plaintiff League of United
Latin American Citizens (LULAC)**

## VERIFICATION

STATE OF TEXAS          §

COUNTY OF BEXAR          §

Before me, a duly licensed notary public, appeared on this day, Margaret Moran, and after being sworn by me stated the following;

"I am the National Legal Advisor of the League of United Latin American Citizens (LULAC). I have read and understood the contents in these pleadings of trademark infringement against the National League of Latin American Citizens (NLLAC) and individual Defendants, Bernardo Eureste, Angel Luevano, Argentina Luevano and John Tucker. To the best of my personal knowledge and belief, all the facts stated in these pleadings and Motion for Temporary Restraining Order, Preliminary Injunction and Permanent Injunction are true and correct."

Further affiant sayeth not.

_____
Manuel G. Escobar, Jr., National Legal Advisor
League of United Latin American Citizens

Sworn before me on this 3rd day of October, 2013.

Seal [Notary seal: Norma R Gomez, My Commission Expires 02/23/2015]

_____
Notary Public County of Bexar
State of Texas
My Commission Expires 02/23/2015

c:\l\lulac litigation\trademark infringement complaint. LULAC vs. NLLAC et. al. Page - 17 -

# EXHIBIT  1

# TEXAS SECRETARY of STATE
# HOPE ANDRADE

**UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout**

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 5967901 | **Entity Type:** | Domestic Nonprofit Corporation |
| **Original Date of Filing:** | | **Entity Status:** | In existence |
| **Formation Date:** | N/A | **Non-Profit Type:** | N/A |
| **Tax ID:** | 17425182197 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:**

**Address:**      201 E MAIN DR STE 605
El Paso, TX 79901-1352 USA

| | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Name** | **Address** | | | **Inactive Date** | |
| Luis R. Vera | 111 Soledad, Suite 1325 San Antonio, TX 78205 USA | | | | |

Order     Return to Search

Instructions:
• To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# HOPE ANDRADE

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 5967901 | **Entity Type:** | Domestic Nonprofit Corporation |
| **Original Date of Filing:** | June 15, 1931 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | **Non-Profit Type:** | N/A |
| **Tax ID:** | 17425182197 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** THE LEAGUE OF UNITED LATIN AMERICAN CITIZENS
**Address:** 201 E MAIN DR STE 605
El Paso, TX 79901-1352 USA

| REGISTERED AGENT | | | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | |
|---|---|---|---|---|---|---|---|
| View Image | Document Number | Filing Type | | Filing Date | Effective Date | Eff. Cond | Page Count |
| 🗹 | 2982850 | Articles of Incorporation | | June 15, 1931 | June 15, 1931 | No | 10 |
| 🗹 | 240496790002 | Articles of Amendment | | May 9, 1940 | May 9, 1940 | No | 4 |
| 🗹 | 240497340002 | Articles of Amendment | | October 14, 1957 | October 14, 1957 | No | 4 |
| 🗹 | 240497450002 | Report Notice | | September 1, 1963 | September 1, 1963 | No | 1 |
| 🗹 | 240497540002 | Notice of Forfeited Rights for non-filing of Periodic Report | | February 1, 1965 | February 1, 1965 | No | 1 |
| 🗹 | 2982851 | Involuntary Dissolution | | September 1, 1965 | September 1, 1965 | No | 1 |
| 🗹 | 2982852 | Nonprofit Periodic Report | | September 17, 1967 | September 17, 1967 | No | 1 |
| 🗹 | 2982853 | Reinstatement | | September 21, 1967 | September 21, 1967 | No | 3 |
| 🗹 | 2982854 | Articles Of Amendment | | October 29, 1981 | October 29, 1981 | No | 3 |
| 🗹 | 2982855 | Articles Of Amendment | | March 8, 1982 | March 8, 1982 | No | 4 |
| 🗹 | 2982856 | Report Notice | | August 11, 1983 | August 11, 1983 | No | 1 |
| 🗹 | 2982857 | Nonprofit Periodic Report | | October 11, 1983 | October 11, 1983 | No | 7 |
| 🗹 | 2982858 | Miscellaneous | | November 4, 1983 | November 4, 1983 | No | 1 |
| 🗹 | 72521260001 | Report Notice | | October 22, 2004 | October 22, 2004 | No | 1 |
| 🗹 | 75836440001 | Notice of Forfeited Rights for non-filing of Periodic Report | | December 1, 2004 | December 1, 2004 | No | 1 |
| 🗹 | 87619970001 | Involuntary Dissolution | | April 8, 2005 | April 8, 2005 | No | 1 |
| 🗹 | 334785130002 | Nonprofit Periodic Report | | October 14, 2010 | October 14, 2010 | No | 3 |

Order    Return to Search

Instructions:
● To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# HOPE ANDRADE

UCC | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | **Logout**

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 5967901 | **Entity Type:** | Domestic Nonprofit Corporation |
| **Original Date of Filing:** | June 15, 1931 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | **Non-Profit Type:** | N/A |
| **Tax ID:** | 17425182197 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** THE LEAGUE OF UNITED LATIN AMERICAN CITIZENS
**Address:** 201 E MAIN DR STE 605
El Paso, TX 79901-1352 USA

| REGISTERED AGENT | FILING HISTORY | | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Name Status | Name Type | Name Inactive Date | Consent Filing # |
|---|---|---|---|---|
| THE LEAGUE OF UNITED LATIN AMERICAN CITIZENS | In use | Legal | | |

Order    Return to Search

Instructions:
● To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# HOPE ANDRADE

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 5967901 | **Entity Type:** | Domestic Nonprofit Corporation |
| **Original Date of Filing:** | June 15, 1931 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | **Non-Profit Type:** | N/A |
| **Tax ID:** | 17425182197 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** THE LEAGUE OF UNITED LATIN AMERICAN CITIZENS
**Address:** 201 E MAIN DR STE 605
El Paso, TX 79901-1352 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Last Update | Name | Title | Address |
|---|---|---|---|
| October 14, 2010 | Maragaret Moran | Member | P.O. Box 100931 San Antonio, TX 78201 USA |
| October 14, 2010 | Maggie Rivera | Member | 555 Dartmoor Drive Crystal Lake, IL 60014 USA |
| October 14, 2010 | Mickie Luna | Member | P.O. Box 1446 Hollister, CA 95024 USA |
| October 14, 2010 | Margaret Moran | President | P.O. Box 100931 San Antonio, TX 78201 USA |
| October 14, 2010 | Esther Degraves | Vice-President | 100 Stockton Street, Unit 418 Chelsea, MA 02150 USA |
| October 14, 2010 | Connie Martinez | Secretary | 802 E. 46th Tucson, AZ 85713 USA |

Order     Return to Search

**Instructions:**
● To place an order for additional information about a filing press the 'Order' button.

# EXHIBIT 2

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Dec 9 04:35:46 EST 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | | CURR LIST |
| | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:          OR  Jump  to record:          **Record 3 out of 7**

| TARR Status | ASSIGN Status | TDR | TTAB Status | ( *Use the "Back" button of the Internet Browser to return to TESS)*

# League of United Latin American Citizens

| | |
|---|---|
| **Word Mark** | LEAGUE OF UNITED LATIN AMERICAN CITIZENS |
| **Goods and Services** | IC 200. US 200. G & S: Indicating membership in a(n) hispanic civic association. FIRST USE: 19290217. FIRST USE IN COMMERCE: 19290217 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78873526 |
| **Filing Date** | May 1, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 12, 2006 |
| **Registration Number** | 3213141 |
| **Registration Date** | February 27, 2007 |
| **Owner** | (REGISTRANT) League of United Latin American Citizens NON-PROFIT ORGANIZATION TEXAS Suite 610 2000 L Street, NW Washington D.C. 20036 |
| **Type of Mark** | COLLECTIVE MEMBERSHIP MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | | CURR LIST |

**Date**

**Owner**       (REGISTRANT) League of United Latin American Citizens NON-PROFIT ORGANIZATION TEXAS
              Suite 610 2000 L Street, NW Washington D.C. 20036

**Type of Mark**   SERVICE MARK

**Register**    PRINCIPAL

**Live/Dead
Indicator**     LIVE

[ TESS HOME ] [ NEW USER ] [ STRUCTURED ] [ FREE FORM ] [ BROWSE DICT ] [ SEARCH OG ] [ TOP ] [ HELP ] [ ] [ CURR LIST ]
[ ] [ FIRST DOC ] [ PREV DOC ] [ NEXT DOC ] [ LAST DOC ]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT 3



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Dec 9 04:35:46 EST 2011*



Logout   Please logout when you are done to release system resources allocated for you.

Start List At:        OR  Jump to record:        **Record 2 out of 6**

TARR Status   ASSIGN Status   TDR   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# LULAC

| | |
|---|---|
| **Word Mark** | **LULAC** |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Association services, namely, promoting the interests of Hispanic Americans; charitable services, namely organizing and conducting volunteer programs and community service projects; conducting trade shows in the field of Hispanic culture and diversity; education leadership development; employment counseling and recruiting; lobbying services, namely promoting the interests of Hispanic Americans in the fields of legislation and regulation. FIRST USE: 19290217. FIRST USE IN COMMERCE: 19290217 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78873950 |
| **Filing Date** | May 1, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 5, 2006 |
| **Registration Number** | 3211325 |
| **Registration** | February 20, 2007 |

# EXHIBIT 4



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Dec 9 04:35:46 EST 2011

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | | CURR LIST |

| | | | NEXT DOC | LAST DOC | | | | | |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:    OR  Jump  to record:    **Record 1 out of 6**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet*
*Browser to return to TESS)*



| Word Mark | LULAC |
|---|---|
| Goods and Services | IC 035. US 100 101 102. G & S: Association services, namely, promoting the interests of Hispanic Americans; charitable services, namely organizing and conducting volunteer programs and community service projects; conducting trade shows in the field of Hispanic culture and diversity; education leadership development; employment counseling and recruiting; lobbying services, namely promoting the interests of Hispanic Americans in the fields of legislation and regulation. FIRST USE: 19290217. FIRST USE IN COMMERCE: 19290217 |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 01.01.10 - Stars, three or more; Three or more stars<br>01.01.13 - Stars - multiple stars with five points<br>24.01.02 - Shields or crests with figurative elements contained therein or superimposed thereon<br>24.01.03 - Shields or crests with letters, punctuation or inscriptions contained therein or superimposed thereon<br>24.09.05 - American flags; Flags, American |
| Serial Number | 78873962 |
| Filing Date | May 2, 2006 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | December 5, 2006 |
| Registration | |

| | |
|---|---|
| **Number** | 3211326 |
| **Registration Date** | February 20, 2007 |
| **Owner** | (REGISTRANT) League of United Latin American Citizens NON-PROFIT ORGANIZATION NEW YORK Suite 610 2000 L Street, NW Washington D.C. 20036 |
| **Description of Mark** | The color(s) red, white, and blue is/are claimed as a feature of the mark. The mark consists of A shield with a field of blue and thirteen white stars in the upper half, seven red and six white vertical bars in the lower half, and a diagonal white stripe with the letters LULAC imprinted in blue. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT DOC | LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT 5

Case3:13-cv-04725-JSC   Document1   Filed10/10/13   Page32 of 110

# TEXAS SECRETARY of STATE
# HOPE ANDRADE

UCC | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | **Logout**

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 801628296 | **Entity Type:** | Domestic Nonprofit Corporation |
| **Original Date of Filing:** | July 19, 2012 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | **Non-Profit Type:** | N/A |
| **Tax ID:** | | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:**      TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS
**Address:**   [ADDRESS NOT PROVIDED]

| | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Name** | | **Address** | | **Inactive Date** | |
| Florinda Chavez | | 5400 Jeffburn Cove Austin, TX 78745 USA | | | |

Order        Return to Search

---

Instructions:
● To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# HOPE ANDRADE

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 801628296 | **Entity Type:** | Domestic Nonprofit Corporation |
| **Original Date of Filing:** | July 19, 2012 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | **Non-Profit Type:** | N/A |
| **Tax ID:** | | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS

**Address:** [ADDRESS NOT PROVIDED]

| REGISTERED AGENT | | | NAMES | MANAGEMENT | ASSUMED NAMES | | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|---|
| N/A | 431800830002 | Certificate of Formation | | July 19, 2012 | July 19, 2012 | No | N/A |

Order       Return to Search

---

Instructions:
● To place an order for additional information about a filing press the 'Order' button.

Case3:13-cv-04725-JSC   Document1   Filed10/10/13   Page34 of 110

# TEXAS SECRETARY of STATE
# HOPE ANDRADE

UCC | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | **Logout**

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 801628296 | **Entity Type:** | Domestic Nonprofit Corporation |
| **Original Date of Filing:** | July 19, 2012 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | **Non-Profit Type:** | N/A |
| **Tax ID:** | | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS | | |
| **Address:** | [ADDRESS NOT PROVIDED] | | |

| REGISTERED AGENT | FILING HISTORY | | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Name Status | Name Type | Name Inactive Date | Consent Filing # |
|---|---|---|---|---|
| TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS | In use | Legal | | 0 |

Order    Return to Search

Instructions:
  ● To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# HOPE ANDRADE

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 801628296 | **Entity Type:** | Domestic Nonprofit Corporation |
| **Original Date of Filing:** | July 19, 2012 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | **Non-Profit Type:** | N/A |
| **Tax ID:** | | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS
**Address:** [ADDRESS NOT PROVIDED]

| REGISTERED AGENT | FILING HISTORY | NAMES | | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Last Update** | **Name** | **Title** | | **Address** | |
| July 20, 2012 | Florinda Chavez | Director | | 5400 Jeffburn Cove Austin, TX 78745 USA | |
| July 20, 2012 | Joe Cardenas III | Director | | 5400 Jeffburn Cove Austin, TX 78745 USA | |
| July 20, 2012 | Beatrice Martinez | Director | | 5400 Jeffburn Cove Austin, TX 78745 USA | |

Order    Return to Search

Instructions:
● To place an order for additional information about a filing press the 'Order' button.

# EXHIBIT  6

NO. 2012-CI-11196

| | | |
|---|---|---|
| FLORINDA CHAVEZ, | § | IN THE DISTRICT COURT |
| INDIVIDUALLY AND AS TEXAS | § | |
| LULAC STATE DIRECTOR, ET AL, | § | |
| AND TEXAS LULAC | § | |
| | § | |
| | § | 73RD JUDICIAL DISTRICT |
| VS. | § | |
| | § | |
| MARGARET MORAN, | § | |
| INDIVIDUALLY AND AS | § | |
| NATIONAL PRESIDENT OF | § | |
| LULAC, ET AL AND | § | |
| THE LEAGUE OF UNITED LATIN | § | |
| AMERICAN CITIZENS | § | BEXAR COUNTY, TEXAS |

## ORDER DENYING PLAINTIFFS'
## TEMPORARY RESTRAINING ORDER

On July 11, 2012, the Court heard the Plaintiffs' Petition for Temporary Restraining Order and after reviewing the evidence and hearing the arguments of Counsel, the Court DENIES the Plaintiffs' Petition for Temporary Restraining Order.

SIGNED    7 - 1 & - 1 &

JUDGE PRESIDING

**APPROVED AS TO FORM ONLY:**

GALE, WILSON & SANCHEZ, PLLC
115 East Travis, Suite 1900
San Antonio, Texas 78205
Telephone: (210)222-8899
Telecopier: (210)222-8526

By: _____
ROBERT W. WILSON
State Bar No. 00794868
*Attorney for Plaintiffs*

**APPROVED AS TO FORM & SUBSTANCE:**

LAW OFFICES OF LUIS ROBERTO VERA, JR.
and Associates
Riverview Towers Bldg.
111 Soledad, Suite 1325
San Antonio, Texas 78205
Telephone: (210) 225-3300 / Facsimile: (210) 225-2060

By: _____
LUIS ROBERTO VERA, JR.
State Bar No. 20546740
*Attorney for Defendants*

*Page 1 of 1*

# EXHIBIT 7

**Reproduced:  Voice of the Mainland 7/23/2012**

## Texas LULAC Incorporates as a Not-for Profit Corporation

The Texas League of United Latin American Citizens met today in a special called meeting of the State Board of the organization. The meeting was held in Austin, Texas and lasted from 10:15 AM to 4:30 PM. The purpose of the meeting was to announce the incorporation of the organization as a not-for-profit corporation.

The meeting was chaired by Linda Chavez, the State Director of the organization.

As part of its first order of business, a major resolution was proposed for consideration by the Texas Board. The resolution was discussed and after a couple of minor amendments, the resolution was passed unanimously by the Texas Board.

This resolution should be read word for word to understand in clear words where the Texas Board of the Texas League of United Latin American Citizens is today. In brief, the Texas Board certified the election of all of the officers of the Texas organization who were elected into office at the State Convention of the State organization, it did not recognize the actions of the National LULAC Board against Texas LULAC nor did it find constitutional authority for the National LULAC Board to take such draconian and punitive measures against the membership of Texas LULAC and instructed its officers to fulfill their oaths of office and responsibilities to the membership of Texas LULAC by proceeding to carry out the business of the state.

This resolution appears here and here, below

http://www.scribd.com/doc/100722404/Texas-LULAC-Resolution

and just below this article entitled "Texas LULAC Resolution"

The following actions were also proposed and passed unanimously by the Texas Board.

In its order of business, the Board voted to amend the Articles of Incorporation of the organization have the Districts of the organization, the Councils of the respective Districts and the Members of the the respective Councils are members of the organization.

A second action passed by the Board was to amend the Article of Incorporation to replace the three persons who formed the corporation with the officers who were elected by the Texas General Assembly of the Texas League of United Latin American Citizens, the Past State Director of the Texas League of United Latin American Citizens and the District Directors of the Texas League of United Latin American Citizens, creating the following as officers of the organization as incorporated:

Linda Chavez as the State Director of the Texas League of United Latin American Citizens;
Bea Martinez as the State Deputy Director of the Texas League of United Latin American

Citizens;

Lourdes Galvan as the Deputy Director for the Elderly of the Texas League of United Latin American Citizens;

Mary Lou Canales as the Deputy Director for Women of the Texas League of United Latin American Citizens;

Mary Ramos as the Treasurer of the Texas League of United Latin American Citizens for Texas LULAC;

Christina Garcia as the Deputy Director for Youth of the Texas League of United Latin American Citizens;

Pete Anzaldua as the Deputy Director for Youth for Texas LULAC of the Texas League of United Latin American Citizens;

Joey Cardenas to serve on the Board as the Past State Director of the Texas League of United Latin American Citizens; and

each of the District Directors of the Districts of the Texas League of United Latin American Citizens for District 1, 2, 3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17, 18, 20 and 21.

A third action passed by the Board was to authorize the opening of a checking account. Some of you will recall that the National Board of LULAC illegally had the bank where the Texas League of United Latin American Citizens had the state organization's hard earned money in a checking and money interest account frozen. It is a federal felony crime to change signatories to a bank account without the authorization of the persons who manage the funds of the Texas League of United Latin American Citizens and the act of gross negligence for the officers of the bank to have authorized the change to the bank account that was ordered by the National Board of LULAC. The amount of funds frozen exceeds $30,000.00.

The officers of the Texas League of United Latin American Citizens, incorporated as they are today, had had enough from National. They are ready to take the National LULAC bull by the horns.

The Texas Board of the Texas League of United Latin American Citizens, now incorporated, are asking all state LULAC organizations to stick together. They are asking the Members, the Councils and the Districts of the Texas League of United Latin American Citizens to stick together.

The incorporation of the Texas League of United Latin American Citizens was at least two years in the planning.

Article I of the Constitution of LULAC is the authority that each state has to incorporate.

*Section 2—Legal Status: The League of United Latin American Citizens shall be incorporated and chartered under the laws of each of the states in which it operates as a civic and non-profit organization and under the Federal laws of the United States of America.*

Once incorporated, the laws of the State of Texas, for Texas League of United Latin American Citizens, now incorporated, protect the members of the organization, its councils, its districts and its officers. Organizations that are incorporated cannot meddle in the affairs of another corporation. Lawyers and the courts refer this protective netting as the "corporate veil." The corporate board of Comcast does not have authority over the corporate board of AT&T and visa-versa.

A veteran member of LULAC read out the famous words of Martin Neimoller in framing the steps that Texas LULAC had laid out for the members of the proud Texas organization by reciting the famous lines...

Martin Niemöller, a prominent Protestant pastor who opposed the Nazi regime. He spent the last seven years of Nazi rule in concentration camps. Germany, 1937.

— Bildarchiv Preussischer Kulturbesitz

Martin Niemöller (1892-1984) was a prominent Protestant pastor who emerged as an outspoken public foe of Adolf Hitler and spent the last seven years of Nazi rule in concentration camps. Niemöller is perhaps best remembered for the quotation:

*First they came for the Socialists, and I did not speak out--*

*Because I was not a Socialist.*

*Then they came for the Trade Unionists, and I did not speak out--*

*Because I was not a Trade Unionist.*

*Then they came for the Jews, and I did not speak out--*
*Because I was not a Jew.*

*Then they came for me--and there was no one left to speak for me.*

cite: http://www.ushmm.org/wlc/en/article.php?ModuleId=10007392

The United States Holocaust Memorial Museum

The LULAC story line is, first they came after Bernardo Eureste, when he was expelled from LULAC by the National LULAC Board, next they came after the Angel and Argentina Luevanos, when the National LULAC Board removed each one of them from the office each held as State Director of California LULAC and as Vice President for the Far West, next they came after Joey Cardenas when the National LULAc Board removed him from his office as State Director of Texsa LULAC, next they came after Linda Chavez, when they removed her from her

position as State Director of Texas LULAC, next they came after Bea Martinez when the National LULAC Board removed her from her position as Deputy State Director of Texas LULAC, next they came after Lourdes Galvan when the National LULAC Board removed her from her position as Deputy State Director for the Elderly of Texas LUAC, next they came after they removed Pete Anzaldua from his position as Deputy State Director for Youth of Texas LULAC, next they seized over $30,000.00 that the Texas LULAC organization had in private bank accounts and took away the authority that Mary Ramos had as the Treasurer of Texas LULAC to manage the bank accounts of the organization. Each time the National LULAC Board acted against one of our Texas LULAC brothers and sisters, I was not one of them, and when they come for me, who is going to be around to defend me. The Texas League of United Latin American Citizens, Inc. is standing its ground.

# EXHIBIT 8

**From:** Joey Cardenas
[mailto:joey_cardenas@hotmail.com]
**Sent:** Friday, July 20, 2012 1:35 PM
**To:** lccastillo@msn.com; aaliyah504@gmail.com;
rgsambrano@tx.rr.com; eliarmendoza@satx.rr.com;
gonzalez.5@verizon.net; florindachavez@sbcglobal.net;
marycanales50@suddenlink.net; vbtena@yahoo.com;
lico@eaze.net; casconst81@yahoo.com;
cvaladezmata@aol.com; hsgarcia77022@yahoo.com;
rapidruben@sbcglobal.net; rlh0812@yahoo.com;
arod708@yahoo.com; bnymtz@aol.com;
bamrealtor@aol.com; jejaques1@yahoo.com;
agsonny35@yahoo.com; hflores@lulac.org;
jyb5789@aol.com; hcarrillo29@hotmail.com;
genaroc2004@yahoo.com; lulaczapatista@yahoo.com;
edward.elizondo@gmail.com; marylramos@hotmail.com;
joe.castillo@tx-lulac.org; ray@manceragroup.com;
rwwilson@gws-law.com
**Subject:** The leadership of today
**Importance:** High



## *League of United Latin American Citizens*

# **Texas LULAC**

TX STATE DIRECTOR

Linda Chavez

SPECIAL ADVISOR

Angie Garcia

CHIEF OF STAFF

Mary Ramos

Parliamentarian

Ray Mancera

CIVIL RIGHTS CHAIR

Henry Rodriguez

EDUCATION CHAIR

Velma Ybarra

CORPORATE CHAIR

Ish Arebalos

LEGAL ADVISOR

Robert Wilson

HOPE Chair

Hector Flores

TX STATE OFFICERS

Joey Cardenas III
Immediate Past Director &

Executive Director

Beatrice Martinez

July 20, 2012

Dear LULAC Brothers and Sisters,

In 1988, a courageous young man from Arizona proposed that LULAC should have a means to bridge the gap that existed between the youth LULAC councils and the adult LULAC councils, and so in 1989, the National convention granted David Hernandez the honor of establishing the LULAC young adult councils. While the concept was new, it quickly found a following among the college and university students where youth LULACers could transition and continue in their service to LULAC and at the same time bring in new membership.

In 1990, I became the President and organizer of council 4512 at Southwest Texas State in San Marcos becoming the second young adult council in Texas after McLennin Community College in Waco. As young adults we were determined to be an intigral part of the politics of the day while transforming LUL.AC into a more progressive and younger organization. Many young adult members belonged to other college organizations, but only LULAC gave us the political mechanism that we needed to affect change and hold real political sway. In 1991, I became the second person to hold the office for the Texas young adults and the youngest person with a vote to ever sit on the state board. During this time we expanded the young adults across the state, marched, rallied, and gathered at young adult conferences. By 2004, I was elected to the national board of LULAC representing the young adults with the idea that young adults should be the only ones to hold that office and to set their own agenda. I vacated the position after two years as promised when a suitable young adult could take over the position; my successor Michelle Palayo did the same and so the position has been held by a young adult ever since. At all points of this involvement, I enjoyed and had the honor of having the support of the young adults and especially humbling was the support of past young adults members who had returned home to start their own councils. The young adults had quickly established themselves as leaders within the organization and role-

Deputy State Director

Ella Mendoza
Treasurer

Yolaira Gonzalez
Youth State Director

Cristina Garcia
Deputy for Young Adults

Luis Castillo
Deputy for Youth

Mary Lou Casales
Deputy for Women

Richard Sambrano
Deputy for Elderly

**DISTRICT DIRECTORS**

Armando Garcia
District 1- Lubbock

Paul Castillo
District 2- San Marcos

Bea Martinez
District 3- Dallas

Virginia Tena
District 4- El Paso

Ruben Ramirez
District 6- Midland/Odessa

Cynthia Valadez-Mata
Jr.
District 7- Austin

Herlinda Garcia
District 8- Houston

Elena Jaques
District 9- San Angelo

Benny Martinez
District 10- Victoria

Tony Armadillo
District 11- Corpus Christi

Gavino Fernandez
District 12- Austin

Pepe Trujillo
District 13- Weslaco

Arturo Gutierrez
District 14- Laredo

Gabriel Rosales

models for the youth; young adult members were the soldiers, the grunts, and conscious of the organization. We filled the workshops, asked the questions, learned from our elders, memorized our past struggles, demanded Chicano studies, and took to the streets, occupied buildings with sit-ins and demanded change; but never once, did we allow ourselves to be compromised by favors or gifts or promises of positions. We were not for sale!

Today, I do not pretend to be anything to or for the young adults; I am no longer among their ranks, but I remember their struggles and aspirations as students and leaders. And, I applaud all the work that they have done and continue to do in our communities. But as of recently, I have questioned the deafening silence of the young adults on the issue of what National is doing to Texas LULAC. I know that most prefer to remain neutral on the issue and stay out of it; and I can understand that, but in my mind, I can neither defend nor respect that choice because so much is at stake and we are so close to transforming this organization in fulfillment of one of the original purpose for which the young adults were founded! And while I had discussed this concern with various young adults in private in the hopes of getting their leadership to take a stance one way or the other, nothing happened; sadly, the young adults would be silent!

But, I am pleased to tell you Brothers and Sisters, that there is still leadership among the young adults, that some still exhibit that spark of change and risk for which they were founded. The future of a more progressive Texas LULAC will have brighter days in the hands of our young adults who dare to take a stand, not because it benefits them, but because it is the right thing to do for Texas LULAC and our community. Again, I have been reminded of the power of membership, of those persons in our organization who do not hold an office or have a title, but who represent the very essence of our being and the backbone of this organization that has survived for eighty plus years because of their continued support and unwillingness to be silent when the moment calls for action. On behalf of the state board of Texas LULAC, I want to thank all of you, the members, who have sent encouraging remarks of the need to continue with the reforms of the state in spite of the actions of national; and especially to the young adults who have distinguished themselves to the leadership of Texas LULAC in this time of transition; and most especially to the young adult, Michael Lugo, who wrote the following exhibit which is a testament to the power of the young adults and the leadership of the future! THANK YOU!

-joey cardenas III, member of Texas LULAC

**The following is an analysis by young adult member Michael Lugo of what the LULAC Constitution says on the issue in regards to the action taken by National LULAC against Texas LULAC:**

The Oath of office requires me, and the rest of the board to

District 15- San Antonio

Rosa Hernandez

District 17- Temple

Juan Garcia

District 18-Houston

Josefina Moreno

District 20- McAllen
Lico Reyes

District 21- Fort Worth

respectfully reject the unconstitutional ruling of the National Board
of Directors.

Authority: Bylaws, Article 1, Section 3: promise faithfully to perform all

the duties imposed upon me as officer of the League of United Latin American
Citizens by its constitution, Bylaws, Protocol or by any resolution passed.

It is my duty to remind the National Board of Directors that State
elected officers cannot be appointed by any governing body of the
league. They are elected by a majority vote of the accredited
delegates to the State Assembly.

Authority: Constitution Article IX, Section 5:

All elective State Officers shall be elected by a

majority vote of the accredited delegates to the State Assembly.

The National Board of Directors is not allowed to waive this
constitutional requirement.

Authority: Constitution Article VI, Section 2, Sub-Section C:

The National Board of Directors is not empowered:

(1) To amend or waive the constitution and bylaws.

Furthermore, should Margaret Moran decide to assume the Texas
State Director office, she would be violating the constitution, which
is grounds for impeachment. As well as any other member of the
National Board of Directors who insist on appointing "elective"
officers.

In addition, any member of the National Board of Directors who
chooses to ignore their responsibility as member of the league and is
under the jurisdiction of Texas LULAC will automatically face
charges at the council level.

Authority: Constitution Article VIII, Section 8, Subsection B, Item 2:

Charges against members shall be presented at the council level.

District Directors will instruct the council to expel/or suspend from its ranks these members for actions in violation of the Constitution and Bylaws.

Authority: Constitution VI, Section 8, Sub-Section C, Item (6):

[Council Powers]To suspend or expel from its ranks

any member guilty of actions contrary to the best interests of

the council or the League in general, as provided in

Article VIII, Section 8, Subsection a. (1) thru (8)

Authority 2: Constitution Article VIII, Section 8, Subsection A, Item (2):

Actions prejudicial or contrary to or in violation of the

constitution and bylaws, aims and purposes, code, resolutions,

policies or customs of the league.

If the council should decide not to hold these people accountable to the constitution then the District Executive Board shall revoke the council's charter.

Authority: Constitution Article VI, Section 7, Subsection B, Item (2):

To declare Local Councils defunct

This will give Texas LUALC another avenue to hold accountable members of the National Board of Directors whose membership resides in Texas and decides to violate the constitution. Notice this is not impeaching an officer, nor removing an officer. It is the membership of the officer that will be at risk and consequently their office.

Finally, allow me to set something clear. The National Board of Directors may not hear or bring charges brought against an officer, member, or council without the approval of the National Assembly. Charges are brought to the National President to present to the National Assembly. Then National Assembly must order an investigation. Finally, the National Board of Directors can hold a

hearing to assess the charges and make its judgment. This is clear in both the Robert Rules of Order and the Constitution.

Authority: Constitution Article VI, Section 2, Subsection C:

The National Board of Directors is not empowered

to (2) assess any council or individual member of the

league unless such assessment is approved by the National Assembly.

# EXHIBIT 9

## Tara

**From:** Tara Capizano
**Sent:** Wednesday, June 17, 2009 3:14 PM
**To:** AALUEVANO@aol.com; 'aamentor2000@aol.com'
**Cc:** Edie Blackshire
**Subject:** Invoice from Hilton Oakland Airport

Good Afternoon,

I'm sorry we didn't get a chance to meet on Monday. I have attached a copy of the invoice from accounting.

As always, if you have any questions please don't hesitate to call/email.


Warm Regards,

# Tara Capizano
**Senior Event Manager |Hilton Oakland Airport**
**One Hegenberger Road| Oakland, Ca 94621**
**W (510) 383-4063 | F (510) 383-4090**

**YAHOO!** MAIL
Classic

**FW: Invoice from Hilton Oakland Airport**

Wednesday, January 26, 2011 3:06 PM

**From:** "Brent Wilkes" <bwilkes@lulac.org>
**To:** Moran0529@aol.com, "Escobarm1@aol.com" <escobarm1@aol.com>, vmluna@sbcglobal.net
1 File (1945KB)



Scan001....

Here is the invoice from the Hilton Oakland Airport Hotel. The Luevanos asked if I could intervene so that they would not have to pay a penalty for not filling their room block.

Brent A. Wilkes
National Executive Director
League of United Latin American Citizens
2000 L Street, NW, Suite 610
Washington, DC 20036
(202) 833-6130
FAX (202) 833-6135
www.LULAC.org

**From:** aamentor2000@aol.com [mailto:aamentor2000@aol.com]
**Sent:** Thursday, June 18, 2009 2:43 PM
**To:** bwilkes@lulac.org; AALUEVANO@aol.com
**Subject:** Fwd: Invoice from Hilton Oakland Airport

Hello Brent,
I am sending you a copy of our invoice with the Hilton. I am reviewing the invoice so that we may discuss the concerns I have. Perhaps, after we talk about the charges you can intervenve for us with the hotel and bring the cost down.
THX!
Angel

——Original Message——
From: Tara Capizano <Tara.Capizano@hilton.com>
To: consafos@peoplepc.com <consafos@peoplepc.com>
Cc: AALUEVANO@aol.com <AALUEVANO@aol.com>; aamentor2000@aol.com <aamentor2000@aol.com>
Sent: Thu, Jun 18, 2009 8:30 am
Subject: FW: Invoice from Hilton Oakland Airport

Good Morning Ricardo

Argentina asked that I forward the invoice to you for payment. It is attached.

Warm Regards,

*Tara*

**From:** Tara Capizano
**Sent:** Wednesday, June 17, 2009 3:14 PM
**To:** AALUEVANO@aol.com; 'aamentor2000@aol.com'
**Cc:** Edie Blackshire
**Subject:** Invoice from Hilton Oakland Airport

Good Afternoon,

I'm sorry we didn't get a chance to meet on Monday. I have attached a copy of the invoice from accounting.

As always, if you have any questions please don't hesitate to call/email.


Warm Regards,

# Tara Capizano
**Senior Event Manager |Hilton Oakland Airport**
**One Hegenberger Road| Oakland, Ca 94621**
**W (510) 383-4063 | F (510) 383-4090**

---

Dell Days of Deals! June 15-24 - A New Deal Everyday!





Hilton Sales Worldwide also proudly represents Las Vegas Meetings by Harrah's Entertainment

**From:** Brent Wilkes [mailto:BWilkes@lulac.org]
**Sent:** Sunday, June 28, 2009 12:02 AM
**To:** Ronnette Martin
**Cc:** aamentor2000@aol.com; AALUEVANO@aol.com; Tara Capizano
**Subject:** FW: Invoice from Hilton Oakland Airport

Ronnette,

I need your assistance again…this time with the Hilton Oakland Airport where we held our California State Convention over the weekend of 6-12-09. We fell short on our block again, but also exceeded our food and beverage commitment by a considerable amount. Nevertheless they are asking for $4,868 in damages despite the fact that the banquet staff thanked us profusely for bringing our conference to the hotel because they said business has been really slow.

We would like to apply the amount we exceeded on Food and Beverage toward the attrition as the Hilton Lincoln Center did. Can you help us? Enclosed is the billing statement. I spoke to the event manager while I was their but she said that this issue would need to be taken up with the head of sales who was not present during the conference.

Brent A. Wilkes
National Executive Director
League of United Latin American Citizens
2000 L Street, NW, Suite 610
Washington, DC 20036
(202) 833-6130
FAX (202) 833-6135
www.LULAC.org

-----Original Message-----
From: Tara Capizano <Tara.Capizano@hilton.com>
To: consafos@peoplepc.com <consafos@peoplepc.com>
Cc: AALUEVANO@aol.com <AALUEVANO@aol.com>; aamentor2000@aol.com <aamentor2000@aol.com>
Sent: Thu, Jun 18, 2009 8:30 am
Subject: FW: Invoice from Hilton Oakland Airport

Good Morning Ricardo

Argentina asked that I forward the invoice to you for payment. It is attached.

Warm Regards,

Ronnette,

The contact is Argentina Luevano. My understanding is that they feel the $1,336.50 in attrition charges was still too high given the fact that they gave the hotel quite a bit of additional food and beverage business. The hotel staff indicated that they were very pleased to have the LULAC group in house because business had been really slow. It is an odd way of showing gratitude to assess a $1,336.50 penalty to a non-profit. I think if they would eliminate the penalty they could get the balance of the what is due rather quickly.

Brent A. Wilkes
National Executive Director
League of United Latin American Citizens
2000 L Street, NW, Suite 610
Washington, DC 20036
(202) 833-6130
FAX (202) 833-6135
www.LULAC.org

**From:** Ronnette Martin [mailto:Ronnette.Martin@hilton.com]
**Sent:** Monday, August 24, 2009 7:24 PM
**To:** BWilkes@lulac.org
**Subject:** LULAC Invoice Due - Hilton Oakland
**Importance:** High

Brent,

Hope this email finds you well today. I need your assistance if all possible. The Hilton Oakland has been trying to receive payment for the June event, and has not been able to get a respond from the contact. Can you please advise who we can contact? Thanks for your assistance.

**RONNETTE MARTIN**
Director of Multicultural Sales-Hilton Sales Worldwide
2050 Chenault Drive, Carrollton, TX 75006 | O: 972.701.3766 | F: 972.701.3786| M: 214.532.4031
ronnette.martin@hilton.com| www.hiltonfamily.com


The Hilton Family

 
Hilton HHonors

Hilton Sales Worldwide also proudly represents Las Vegas Meetings by Harrah's Entertainment

# YAHOO! MAIL
#### Classic

**FW: LULAC Invoice Due - Hilton Oakland**                    Wednesday, January 26, 2011 3:13 PM

**From:** "Brent Wilkes" <bwilkes@lulac.org>
   **To:** Moran0529@aol.com, "Escobarm1@aol.com" <escobarm1@aol.com>,
      vmluna@sbcglobal.net

Here is a series of emails in which the Hilton is seeking payment for $33,878.45 balance due.

Brent A. Wilkes
National Executive Director
League of United Latin American Citizens
2000 L Street, NW, Suite 610
Washington, DC 20036
(202) 833-6130
FAX (202) 833-6135
www.LULAC.org

34,884.95
33,878.45
1006.50   Paid ?

**From:** Ronnette Martin [mailto:Ronnette.Martin@hilton.com]
**Sent:** Monday, August 24, 2009 8:49 PM
**To:** BWilkes@lulac.org
**Subject:** RE: LULAC Invoice Due - Hilton Oakland

Brent,

Thanks for the quick response. The total balance due is $33,878.45 in which the Hotel hasn't received anything at this time. Are you available to discuss this further tomorrow?

**RONNETTE MARTIN**
Director of Multicultural Sales-Hilton Sales Worldwide
2050 Chenault Drive, Carrollton, TX 75006 | O: 972.701.3766 | F: 972.701.3786| M: 214.532.4031
ronnette.martin@hilton.com| www.hiltonfamily.com


The Hilton Family

                    Hilton HHonors

Hilton Sales Worldwide also proudly represents Las Vegas Meetings by Harrah's Entertainment

**From:** Brent Wilkes [mailto:BWilkes@lulac.org]
**Sent:** Monday, August 24, 2009 7:12 PM
**To:** Ronnette Martin
**Subject:** RE: LULAC Invoice Due - Hilton Oakland

Hilton Sales Worldwide also proudly represents Las Vegas Meetings by Harrah's Entertainment

**From:** Ronnette Martin
**Sent:** Wednesday, September 09, 2009 11:50 AM
**To:** 'bwilkes@lulac.org'
**Subject:** Hilton Oakland
**Importance:** High

Hi Brent,

Hope you enjoyed your Labor Day weekend.  I wanted to follow up from my voice message.   The Hilton Oakland has not heard from Argentina or received payment.  Based on our relationship with LULAC the Hotel extended credit and reduced the attrition by 50%.  The bill is over 30 days late.  It is imperative the hotel receive payment no later than Wednesday September 30, 2009 to avoid collections.

I am in the office the remainder of the day please give me a call to discuss at your earliest convenience.

Ronnette

**RONNETTE MARTIN**
Director of Multicultural Sales-Hilton Sales Worldwide
2050 Chenault Drive, Carrollton, TX 75006 | O: 972.701.3766 | F: 972.701.3786| M: 214.532.4031
ronnette.martin@hilton.com| www.hiltonfamily.com


The Hilton Family

 

Hilton Sales Worldwide also proudly represents Las Vegas Meetings by Harrah's Entertainment

# YAHOO!. MAIL
Classic

**FW: Hilton Oakland**                                         Wednesday, January 26, 2011 3:14 PM

**From:** "Brent Wilkes" <bwilkes@lulac.org>

   **To:** Moran0529@aol.com, "Escobarm1@aol.com" <escobarm1@aol.com>,
   vmluna@sbcglobal.net

Another email about the past due amount

Brent A. Wilkes
National Executive Director
League of United Latin American Citizens
2000 L Street, NW, Suite 610
Washington, DC 20036
(202) 833-6130
FAX (202) 833-6135
www.LULAC.org

**From:** Ronnette Martin [mailto:Ronnette.Martin@hilton.com]
**Sent:** Wednesday, September 09, 2009 12:50 PM
**To:** bwilkes@lulac.org
**Subject:** Hilton Oakland
**Importance:** High

Hi Brent,

Hope you enjoyed your Labor Day weekend.  I wanted to follow up from my
voice message.   The Hilton Oakland has not heard from Argentina or received
payment.  Based on our relationship with LULAC the Hotel extended credit and
reduced the attrition by 50%.  The bill is over 30 days late.  It is imperative the
hotel receive payment no later than Wednesday September 30, 2009 to avoid
collections.

I am in the office the remainder of the day please give me a call to discuss at
your earliest convenience.

Ronnette


**RONNETTE MARTIN**
Director of Multicultural Sales-Hilton Sales Worldwide
2050 Chenault Drive, Carrollton, TX 75006 | O: 972.701.3766 | F: 972.701.3786| M: 214.532.4031
ronnette.martin@hilton.com| www.hiltonfamily.com

# YAHOO! MAIL
### Classic

**FW: Hilton Oakland Bill**                                      Wednesday, January 26, 2011 3:15 PM

**From:** "Brent Wilkes" <bwilkes@lulac.org>
  **To:** Moran0529@aol.com, "Escobarm1@aol.com" <escobarm1@aol.com>,
      vmluna@sbcglobal.net

In this email the hotel is threatening our credit status.

Brent A. Wilkes
National Executive Director
League of United Latin American Citizens
2000 L Street, NW, Suite 610
Washington, DC 20036
(202) 833-6130
FAX (202) 833-6135
www.LULAC.org

**From:** Ronnette Martin [mailto:Ronnette.Martin@hilton.com]
**Sent:** Tuesday, September 22, 2009 2:17 PM
**To:** bwilkes@lulac.org
**Cc:** Kerri Marshall; Mark Clement
**Subject:** Hilton Oakland Bill
**Importance:** High

Hi Brent,

I'm sorry we didn't connect earlier today.  The reason for my was to inform you that our Hilton Oakland as of today has not received any payment for the services provided for the LULAC California State Convention held this past June.  As mentioned in my previous email it is imperative that we receive by Wednesday 9/30.  The amount due is $33,878.45.  If the Hotel does not receive by the above date, it will most likely be sent to collections, which will affect LULAC's credit status.

Brent, I will be out of the office starting tomorrow as I am getting married this weekend, and will not return to until Tuesday October 6th, 2009.  I have copied Kerri Marshall the DOSM from the Hilton Oakland.  If you should have any questions or concerns regarding this matter.

We appreciate all your efforts in assisting in this matter.


**RONNETTE MARTIN**
Director of Multicultural Sales-Hilton Sales Worldwide
2050 Chenault Drive, Carrollton, TX 75006 | O: 972.701.3766 | F: 972.701.3786| M: 214.532.4031
ronnette.martin@hilton.com| www.hiltonfamily.com


The Hilton Family

    
Hilton HHonors



# THE CALIFORNIA LULAC INSTITUTE
### P.O. Box 4847 — Antioch, California 94531
### 925 813-2178 (cell)
### AALuevano@aol.com (email) - WWW.lulaccalifornia.org (web site)

December 28, 2009

**EXECUTIVE BOARD**

Argentina Dávila-Luévano
President

Treasurer

Carlos Casares
Secretary

Al Rocha,
Director

Gerardo Dominguez,
UFCW5 Mercado's
Campaign Director

**Mark Clement, General Manager**
Hilton Oakland Airport
One Hegenberger Road
Oakland, California 94621

RE:   Partial Hotel Payment in the amount of $2000.00 – and
extension request to liquidate debt.

Dear Mr. Clement,

Attached please find a check in the amount of $2000.00. This amount
serves to satisfy a partial payment with the request to set up a plan to
liquidate this debt as soon as possible.

We appreciate Mr. Brent Wilkes continuing efforts to discuss reducing
any added charges beyond the actual amounts.

Thank you for your consideration to our request.

Sincerely,

Argentina Dávila-Luévano
State Director, CA LULAC

cc:   Brent Wilkes, Executive Director, National LULAC
Al Rocha, Deputy State Director, California LULAC
Treasurer, California LULAC

Enclosure



Prevention Contact Center
MAC A0143-043
P.O. Box 7406
San Francisco, CA 94120-7406

05/25/10

CALIFORNIA LULAC INSTITUTE INC
3712 BRUNSWICK CT
SOUTH SAN FRANCISCO CA    94080-5205

Re:  Account Number: XXXXXXXXXXXXX3928

Dear Customer:

We are delaying the availability of the funds from the check(s) described below
because we believe the check(s) may not be paid. The reason for the hold and the
date on which the funds will be available for withdrawal are also described below:

| Deposit Date/<br>Total Deposit Amount | Amount Delayed | Hold Reason/<br>Date Funds Will Be Available |
|---|---|---|
| 05/24/10<br>$800.00 | $800.00 | Payment was stopped<br>06/03/10 |

We will be holding these funds until the date(s) indicated above. A hold means
that although the check amount is credited to your account, the funds are not
available for your use (please refer to the last page of this letter for more
information about a hold on your account). To avoid overdrawing your account and
incurring overdraft fees, during this time please do not make withdrawals or write
checks against these funds.

If the check(s) listed above is returned, we will mail a notice to you the same
day and deduct the amount of the check(s) from your account. A deposit item return
fee will also be deducted from your account for each check returned (unless your
account does not assess a fee for returned checks). Please refer to your Account
Fee and Information Schedule for the amount of the fee.

We understand the inconvenience that can occur when a check is returned. If you
have questions regarding the availability of funds, please refer to the
information on the last page of this letter or contact one of our
representatives at the telephone number printed on your monthly account statement.

We appreciate your business and thank you for banking with Wells Fargo.

Sincerely,

Prevention Contact Center

---

https://image.wellsfargo.com/imageman/display.do?sessionId=b0714fbf159354b87ad4bc651e6dfa... 5/29/2010



**Wells Fargo Business Online®**

---

## View Returned Item

**Original Deposit Information**

| Deposit Date | Description | | Amount |
|---|---|---|---|
| 05/24/10 | Deposit | | $800.00 |

**Returned Item Details (1 of 1 Images)**

| Return Date | Reason | Bank | Account# | Check# | Amount |
|---|---|---|---|---|---|
| 05/28/10 | Stop Pay | BK OF AMER NA | XXXXXX5531 | 3376 | $800.00 |

Note: The account number has been removed from the image(s) for security reasons. To obtain a full copy of the image, please send us a secure email or call us at 1-800-956-4442, 24 hours, 7 days a week.



⌂ Equal Housing Lender

© 1995 - 2010 Wells Fargo All rights reserved

# EXHIBIT 10



**Home**      **Get Involved**      **About**      **Commissions**      **Members**      **Resour**

## Make a Donation

Click the button below to make a donation to California LULAC.



## Information

- **About**
- **News**
- **Contacts**
- **History of LULAC**
- **Who We Are**
- **Downloads**

## Action

- **Community**
- **Take Action**

## Services

- **Commissions**
- **Education**
- **Environment**
- **Health**
- **Housing**
- **Immigration**
- **Legislative**
- **Seniors**

# Officers



December 22, 2009

Dear LULAC all,

LULAC wishes you and yours a Joyous and Blessed Holiday Season! The H coming to a close. 2010 is right around the corner and brings us renewed

We invite you to visit www.lulaccalifornia.org and witness first hand the n right away! We will be electing our State Director and a new National Pres

LULAC California, the FarWest, our Youth and Young Adults have been at Immigration reform. We continue to fight strongly for the passage of the I supported and have taken on numerous Civil Rights Cases; we have partn Justice for the "Mercado Workers Campaign," and United Farm Workers; I Environmental Justice and many health care issues affecting our communi

Yet, while we are fully engaged and moving the Latino agenda in America thoughtfulness and doing for others. From our house to yours we wish yo Christmas and a Happy New Year!!

Sincerely,

Argentina Dávila-Luévano, State Director
California LULAC

Angel G. Luévano, LULAC
National Vice President –FarWest Region

- **Scholarship Links**
- **Veterans**
- **Women**
- **Youth**
- **Young Adult**

## Latest News

### 2010 California State LULAC Convention and Exposition

### Department of Labor Losing Latino Electorate

### Veterans Commission

### Seniors Commission

- **Argentina Luevano** / State Director

- **Alberto Rocha** / Deputy State Director

- **Ricardo T. Mendoza** / State Treasurer

- **Cindy Pelayo** / Deputy State Director for Women

- **Rev. Deacon Sal Alvarez** / Deputy StateDirector for Seniors

- **Sandi Castanon-Ramirez** / Deputy StateDirector for Youth

- **Salena Esparza-Sotelo** / Deputy State Director for Young Adults

- **Gabby Espino** / State Youth President

- **Angel Luevano** / Immediate Past State Director and National Vice

< Prev          Nex

## Popular

- **Veterans Commission**
- **Seniors Commission**
- **History of LULAC**
- **Who We Are**
- **Officers**

Search...

## Officers

**Argentina Dávila-Luévano** | State Director
**Angel Luevano** | Immediate Past State Director
**Dr. Alberto Rocha** | Deputy State Director
**Angelica Vasquez** | Deputy State Director for Women
**Nancy Pelayo** | Deputy State Director for Young Adults

## Contacts List

**Angelo Montalvo** | Distric
**Carlos Casares** | District E
**Carlos Jaureque** | District
**Gil Flores** | District Two
**Jim Hensley** | District Seve

## Facebook

**Share on facebook**

**Location & Contact:** P.O. Box 4847, Antioch, CA 94531 - (925) 813-2:

© Copyright 2009, LULAC, State of California, All Rights Reserved



# THE CALIFORNIA LEAGUE OF UNITED LATIN AMERICAN CITIZENS INSTITUTE (CLI)
## POST OFFICE BOX 4847
### Antioch, CA 94531
### 925 813-2178 (cell)
### aaluevano@aol.com
### www.LULACCalifornia.org

Dear Friends of LULAC,

Since our foundation in 1929, California League of United Latin American Citizens (LULAC) has been committed to the advancement of economic conditions, educational attainment, political influence, housing, health and civil rights of the Hispanic population of California. California LULAC has launched several programs since our inception including the Youth and Young Adults Commission, Women's Commission, Commission on the Elderly, Legislative Commission, and Civil Rights Commission.

California LULAC is a civil rights organization with over 70 state councils that makeup the national LULAC organization. Together the state LULAC councils have trained and found jobs for thousands of Latinos, built housing for thousands more, and provided 5 million dollars in scholarship paid to Latino students.

California LULAC relies on the support of individuals and organizations that also seek to champion Latino rights. Your support helps to fulfill the mission of LULAC and ensure a better life for Latin Americans in California.

Sincerely,

Argentina Dávila-Luévano
President

**MISSION:** Advance the economic condition, educational attainment, political influence, health, and civil rights of Hispanics in the United States. The California League of United Latin American Citizens (LULAC) is an affiliated unit of LULAC National.

**PURPOSE:** To develop and implement programs, services, and policies which advance the organization's mission statewide and to support the local councils and districts that are engaged in the organization's mission at the local level.

# CALIFORNIA LULAC INSTITUTE (CLI)

## Sponsorship Packages 2010

| Platinum Title Sponsor | Gold Sponsor | Silver Sponsor | Event Sponsor | Sponsor | Non Profit |
|---|---|---|---|---|---|
| $40,000 | $25,000 | $10,000 | $5,000 | $2500 | $700 |
| Title Sponsor for **all** events through 2010 | Sponsor for all events through 2010 | Choose Three Events to sponsor through 2010 | Choose the event you want to sponsor through 2010 | Choose the event you want to sponsor through 2010 | Choose the event you want to sponsor in 2010 |
| Advertisement on the LULAC California and Council Websites All Year

Signage at All Events

Prime Full Color Advertisement on back cover of Convention Program or Magazine

4 Tickets to VIP Table and tickets to all events

2 Tables

Opportunity to Announce a Featured Guest Speaker(s)

Television and Radio Signage | Advertisement on the LULAC Website All Year

Signage at all events

Full Color Advertisement Convention Program or Magazine

4 Tickets to VIP Table and tickets to all events

1 Table

Television and Radio Signage | Advertisement on the LULAC Website for events selected

Signage at three events

Placement in the Convention Program/Magazine

3 Tickets to event and activities associated

1 Table | Advertisement on the LULAC Website for event

Event Signage

Placement in the Convention Program/Magazine

2 Tickets to event and activities associated

½ Table | Advertisement on the LULAC Website for event

Signage

Placement in the Convention Program/Magazine

1 Tickets to event and activities associated

¼ Table | Advertisement on the LULAC Website for event

Signage

Logo Placement in the Convention Program/Magazine

1 Tickets to event and activities associated |

## *ACTIVITY CALENDAR 2010*

### *FEBRUARY*

February 20, 2010 - California LULAC Institute & California LULAC State Board Meeting – Fresno, California

### *MARCH*

March 8, 2010 – The California League of United Latin American Citizens – Capital Visits – Sacramento, California

March 8, 2010 - The California Legislative Latino Caucus & The League of United Latin American Citizens - Legislative Reception - Chops Steak House – 1117 11th Street – Sacramento, California

### *APRIL*

April (DTBD), 2010 – Youth Summit – La Paz – Tehachapi, California

### *MAY*

May 20, 2010 - California LULAC Women's Conference – Anaheim, California

May 21, 22, 23, 2010 – 63rd Annual State Convention and Exposition, Anaheim, California

May 23, 2010 – California LULAC Youth Concert – Anaheim, California

### *AUGUST*

August (TBD) California LULAC Institute & California LULAC State Board Meeting – Buena Park, California

August (TBD) California Educational Foundation Scholarship Dinner – Buena Park, California

### *OCTOBER*

October (DTBD), 2010 - Young (Youth) Women's Conference, Stockton, California

### *NOVEMBER*

November (DTBD) California LULAC Institute and California LULAC State Board Meeting – Martinez, California

### *DECEMBER*

December 16 - 17, 2010 -- LULAC Latino Telethon – Los Angeles, CA



# THE CALIFORNIA LULAC INSTITUTE (CLI)
## HOW TO CONTACT US

Argentina Dávila-Luévano- State Director and President
P.O. Box 4847
Antioch, CA 94531
(925) 813-2178
aaluevano@aol.com / www.lulaccalifornia.org

## CONTRIBUTE AND SPONSOR

_____

Name/Business/Organization

_____

Address

_____

City            State            Zip

_____

Phone      Fax      Email

_____

Amount of Contribution      Sponsor Package Option

### Credit Card Information

_____

Name on Card

_____

Credit Card Number      Expiration Date

Please make checks payable to: California LULAC Institute

Please mail contributions to: California LULAC Institute
C/O Treasurer
P.O. Box 4847
Antioch, CA 94531

The California LULAC Institute is a 501(c) (3) organization.
Contributions may be deductible for income tax purposes. Tax ID #13-4368011

# YAHOO!® MAIL
### Classic

**Fw: Modifications to Sponsorship for 2010 CA LULAC Convention**     Saturday, October 16, 2010 8:50 PM

**From:** "Ricardo" <consafos@peoplepc.com>
**To:** "Mickey Luna" <vmluna@sbcglobal.net>
**Cc:** "xavierbaeza@sbcglobal" <xavierbaeza@sbcglobal.net>
        1 File (15KB)

Conventi...

Another sponsorship update from Argentina in April 2010.  r

-----Forwarded Message-----
From: AALUEVANO@aol.com
Sent: Apr 23, 2010 10:56 PM
To: consafos@peoplepc.com, jorgecas@earthlink.net, devaul_c@yahoo.com, vmmyre@yahoo.com,
yvduncan@yahoo.com, cecilia.hernandez4@ssa.ocgov.com, robbiemunoz@yahoo.com,
lupegutie@yahoo.com, verasm2@verizon.net
Subject: Modifications to Sponsorship for 2010 CA LULAC Convention

## Convention Team,

**Attached please find modifications to the sponsorship for 2010 CA
LULAC Convention.  Note that I had failed to note that $250 would
need to be part of the $2500 donation packet from Cheyenne Cook,
Director of Governmental Relations, Check into CAsh!  In Addition, I
have added Walt Disney as coming in at $5000, currently I am working
out the paperwork kinks!!**

**In summary, I have added an "other" section for funding sources as
they come in and or confirm.**

**Sincerely,**

**Argentina**

---

PeoplePC Online
A better way to Internet
http://www.peoplepc.com



# California                    titute, Inc.

**Home        About Us        Programs        Events        Media        Blog        Advocacy**

## PEOPLE'S EQUITY SUMMIT
### FOR A FAIR AND JUST COMMUNITY
## THE ROAD TO JUSTICE

### Saturday, October 12, 2013
#### 9:00 a.m. to 3:00 p.m.
#### (NO-COST & LUNCH PROVIDED)
##### HOLY ROSARY CHURCH / 1313 "A" Street / Antioch, CA 94531

ALDA PARTNERS AND CALIFORNIA LULAC INSTITUTE (DBA)
THE EAST BAY ORGANIZING PROJECT
SOCIOS DE ALDA Y EL INSTITUTO LULAC DE CALIFORNIA (HACIENDO NEGOCIOS COMO )
PROYECTO ORGANIZATIVO DE LA BAHIA ESTE

FOR INFORMATION CALL • PARA INFORMACION LLAME A
ARGENTINA DAVILA ELEYANO AND ANGEL G. ELEYANO
925 513 2378  925 813 2347  calherents@aol.com  cosremetro7698@aol.com
http://www.calulacinstitute.org/

## CUMBRE EQUIDAD DE LA GENTE
### PARA UNA COMUNIDAD JUSTA Y EQUITATIVA
## EL CAMINO A LA JUSTICIA

### Sabado, 12 de Octubre de 2013
#### 9:00 a.m. to 3:00 p.m.
#### (Sin costo y almuerzo incluido)
##### IGLESIA HOLY ROSARY / 1313 "A" Street / Antioch, CA 94531

### SURF ALLIANCE

Mike Kaplan, Founding Member
**For more information go to SURFALLIANCE.ORG**

**Or Call Mike Kaplan at 702 750-9800 or
Email him at mike@surfalliance.org**

**The S. U. R. F. Alliance** (Saving Urban Residential Families)
is a coalition of numerous U.S. government approved(under
IRS code 501c3) charities whose goal is to rehabilitate
distressed American homeowners. SURF Alliance has created
a program that is legally compliant with all state and federal
laws, and eliminates all homeowners' liability for deficiency
balances through short sales while allowing homeowners to
remain in their homes with affordable monthly payments.

**STOP FORECLOSURE AND STAY IN YOUR HOME!!
REMOVE YOUR LENDER WHO IS TRYING TO FORECLOSE
Learn to fight the foreclosure by purchasing the book
available in English/Spanish**

## California LULAC Institute Inc.

The California LULAC
Institute (CLI) is a civic
and charitable
organization promoting
full employment, jobs,
health care and
academic excellence in
our communities, cities
and schools.

### Support the CLI
programs by
making your
contribution
below:

Community
Compliance Unit


Conferences


Home Ownership
Preservation Project


Click here to send us an
email!

## HEALTH

Moreover, CLI partners,
advocate and conducts
programs in the areas of
education, health care,
housing, business,
employment,
immigration, and
economic
empowerment.

# EXHIBIT 11

**SUMMONS**
*(CITACION JUDICIAL)*

SUM-100

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Benigno Diaz aka Benny Diaz, Rudy Rodriguez, Rebecca Sandoval, Luis Roberto Vera, Jr;

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Angel Luevano and Argentina Luevana

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

JUL 3 0 2010

John A Clarke, Executive Officer/Clerk
By _____, Deputy
A.El LaFLEUR-CLAYTON

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es)*

LOS ANGELES SUPERIOR COURT
111 NORTH HILL STREET
LOS ANGELES, CA 90012

CASE NUMBER:
*(Número del Caso):*
BC441643

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Angel & Argentina Luevano
3001 Kodiak St, Apt 129
ANTIOCH, CA 94531 Tel (925)813-2547

DATE: _____
*(Fecha)* JOHN A. CLARKE, Clerk, by AMBER LaFLEUR-CLAYTON , Deputy
*(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

JUL 3 0 2010

**NOTICE TO THE PERSON SERVED:** You are served
1. ☑ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☑ on behalf of *(specify):* HENRY SALAZAR

under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership) ☑ CCP 416.90 (authorized person)
       ☐ other *(specify):*
4. ☑ by personal delivery on *(date):* 8/14/10

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. July 1, 2009)

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

**SUM-200(A)**

| SHORT TITLE: Lucvano et al vs Diaz et al | CASE NUMBER: |
|---|---|

## INSTRUCTIONS FOR USE

► This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
► If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties (Check only one box. Use a separate page for each type of party.):

☐ Plaintiff  ☒ Defendant  ☐ Cross-Complainant  ☐ Cross-Defendant

League of United Latin American Citizens, a California corporation, as a defendant pursuant to Section 382 C.C.P.

League of United LATIN AMERICAN CITIZENS, A TEXAS CORPORATION, Miguel Gonzalez aka Mike Gonzalez aka Michael Gonzalez, SANTA ANA Security Services, Inc., Beth Martinez ; Henry SALAZAR, Ricardo Mendoza and Does 1-150, inclusive.

Page 2 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev January 1, 2007]
WWW.ATFORMS.COM 1-800-817-4202

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons

Page 1 of 1

Angel & Argentina Luevano
3001 Kodiak St Apt 129
Antioch CA 94531
Tel:   925.813.2547
Fax:   310.618.1950

Plaintiffs in propria persona



CONFORMED COPY
OF ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUN 14 2010

John A. Clarke, Executive Officer/Clerk

By _____ , Deputy
RUCENA LOPEZ

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

Angel Luevano and Argentina
Luevano,
            Plaintiff,
      vs.
~~Benigno   Diaz   aka   Benny
Diaz,   Rudy   Rodriguez,
Rebecca   Sandoval,   Beth
Martinez,   Henry   Salazar,
Ricardo   Mendoza,   Luis
Roberto Vera, Jr.; League
of   United   Latin   American
Citizens,   a   Texas
corporation;~~   Miguel
Gonzalez aka Mike Gonzalez
aka Michael Gonzalez, Santa
Ana Security Services, Inc.
and Does 1-150, inclusive,

            Defendants,

League   of   United   Latin
American   Citizens,   a
California  corporation,  as
a   defendant   pursuant   to
Section 382 C.C.P.

Case No.:

COMPLAINT: **BC441643**

1.  Declaratory Relief
2.  Libel Per Se
3.  Invasion of Privacy
4.  Declaratory Relief
5.  Injunctive Relief

PLAINTIFFS ALLEGE AS FOLLOWS:

1.   Plaintiff Angel Luevano is a resident of the
County  of  Contra  Costa  and  the  State  of
California.  At all times relevant herein, he
and has been the Vice President for the Far
West  Region  of  the  League  of  United  Latin

American Citizens, a Texas corporation, and a member of the League of United Latin American Citizens, a California corporation.

2. Plaintiff Argentina Luevano is a resident of the County of Contra Costa and the State of California. At all times relevant herein, she is and has been the State Director of and a member of the League of United Latin American Citizens, a California corporation.

3. Defendant Benigno Diaz aka Benny Diaz is a resident of the County of Orange and of the State of California.

   Defendant Rudy Rodriguez is upon the information and belief of Plaintiffs ▓▓▓▓▓ o▓▓▓▓▓▓▓▓ and the State of California.

5. Defendant Rebecca Sandoval is a resident of the County of Sacramento and the State of California.

6. Defendant Beth Martinez upon the information and belief of Plaintiffs is a resident of the County of Orange and of the State of California.

7. Defendant Henry Salazar is a resident of the County of Los Angeles and of the State of California.

8. Defendant Ricardo Mendoza is a resident of the County of Orange and of the State of California.

9. Defendant Luis Roberto Vera, Jr. is upon the information and belief of Plaintiffs a resident of the County of Bexar and the State of Texas.

10. Defendant League of United Latin American Citizens, a Texas Corporation is headquartered in the District of Columbia.

11. Defendant League of United Latin American Citizens, a California Corporation, (hereinafter "LULAC California") is California Corporation #C181912 and is the sole qualified corporation by which Defendant League of United Latin American Citizens (National), a Texas corporation, purports to operate through in California. Article Three of this entity's Articles of Incorporation require it to be headquartered in the County of Los Angeles. LULAC California is a non-profit corporation organized and existing under the laws of California and qualified under Section 501(c)(4) of the 'Internal Revenue Code of 1986 (as amended), 26 U.S.C. $501(c)(4), as a corporation organized and operated for the purpose of enhancing educational and employment opportunities and the enhancement of civil

1  rights for the benefit of the Hispanic
2  community in the United States.

3  12. Defendant Miguel Gonzalez aka Mike Gonzalez aka
4  Michael Gonzalez, hereinafter "Gonzalez," is a
5  resident of the County of Orange and the State
6  of California.  At all times relevant herein
7  Gonzalez is and was the owner and qualified
8  manager of Santa Ana Security Services, Inc., a
9  California corporation.

10 13. Defendant Santa Ana Security Services, Inc. is
11 a California corporation in good standing,
12 licensed by the Bureau of Security and
13 Investigative Services as a Private Patrol
14 Operator, headquartered in the County of
15 Orange, State of California.

16 14. Does 1-39, inclusive, are any and all
17 individuals whose true full names are unknown
18 or not fully known to Plaintiffs, whose
19 capacities were as voting delegates to the
20 California State LULAC convention held in the
21 County of Orange on or about May 23, 2010, who
22 failed to tender payment for requisite delegate
23 fees prior to voting at said convention.

24 15. Does 40-55 are any and all individuals whose
25 true full names are not fully known to
26 Plaintiffs, but who distributed and/or
27 disseminated allegations from Exhibit 1
28 (attached and incorporated herein by reference)

at the LULAC California convention on or about May 23, 2010.

16. Does 56-66 are any and all individuals who purport to be lawful voting ex-officio delegates and/or members of the LULAC California Board of Directors by virtue of their having been elected and/or appointed as LULAC California State Directors during the period LULAC California's Franchise Tax Board suspension in 1958 up and until the restoration of LULAC California's corporate status.

17. Does 67-150, inclusive are individuals and entities whose true full names and capacities are unknown or not fully known to Plaintiffs, who elect to sue them under the fictitious name of Doe, until such time as this Complaint can be amended pursuant to Section 474 C.C.P.

18. The defendants and each of them in doing the acts and omissions alleged herein acted as the agents, employees, and/or co-conspirators of each other according to a common purpose and/or plan the objectives of which included but are not limited to seizing control of LULAC National and LULAC California and to maliciously damage the reputations of those opposing them by spreading falsehoods, abusing their powers and authority, and by other unlawful means.

### FIRST CAUSE OF ACTION

### Declaratory Relief

### Against all Defendants

19. Within the First Cause of Action for Declaratory Relief, Plaintiffs reincorporate and re-allege by reference each and every allegation contained within the preceding paragraphs 1-18, inclusive.

20. LULAC California was originally organized as a California corporation on or about December 13, 1939 under the name "United Spanish American Workers of America. On or about February 21, 1942, this corporate entity, California Corporate file #C181912, changed its name to the "League of United Latin American Citizens."

21. Plaintiffs lack sufficient information or belief to determine whether or not LULAC California ever formally voted to affiliate with LULAC National, however, Plaintiffs are informed and believe and thereon allege that both LULAC California and LULAC National have behaved as though the two organizations were and are in fact affiliated to each other.

22. On or about 1958, LULAC California was ordered suspended as to its lawful corporate status by the California Franchise Tax Board. Plaintiffs are informed and believe and thereon allege that prior to the election of Plaintiff Angel

Luevano that LULAC California continued to conduct business in violation of California law and in violation of Article I of the LULAC National Constitution which provides that all state affiliates of LULAC National must be incorporated with their state business licensing authorities.

23. On or about May 21-23, 2010, LULAC California held its annual Convention for the purpose of adopting policy resolutions and electing new officers in the County of Orange, State of California.

24. On or about May 21, 2010, Defendant Vera, acting under color of authority by virtue of his position as national "legal adviser" to National LULAC, purported to act as National LULAC's "general counsel," and purported by way of an e-mail (Exhibit 1, attached and incorporated herein by reference) drafted on May 21 but not sent until May 23 to Plaintiff Angel Luevano to suspend from LULAC membership Plaintiff Angel Luevano and Plaintiff Argentina Luevano (hereinafter collectively the "Luevano Plaintiffs"). This e-mail was also sent openly to five (5) other LULAC National officials and apparently was 'blind carbon copied' ("BCC") to various persons at the California LULAC convention who were internal political

opponents of the Luevano Plaintiffs, who in turn began distributing and disseminating (Does 40-55) its content to delegates at the convention prior to voting commencing.

25. At all times relevant herein, Defendant Vera lacked any authority whatsoever to suspend the membership rights of any member of LULAC in the absence of authority of the National Executive Board of LULAC.

26. At all times relevant herein, Defendant Vera had actual knowledge that California law provides that membership rights of a member of a non-profit public benefit corporation cannot be suspended without notice and an opportunity to refute allegations leveled against a member.

27. At all times relevant herein Defendant Vera knew or should have known that the only theoretical culpability of Plaintiff Angel Luevano for the acts and omissions Vera alleged to have occurred in Exhibit 1 was the fact that Angel Luevano is married to Argentina Luevano. At all times relevant herein, Defendant Vera chose to make his notification to the Luevano Plaintiffs only through Plaintiff Angel Luevano due to malicious and oppressive reasons, including but not limited to sexism and/or mysogeny.

28. The acts and omissions of Defendant Vera were done as overt acts of the conspiracy alleged in paragraph 17 of this complaint.

29. At all times relevant herein Does 56-66 participated in voting at the May 23, 2010 LULAC California election at the convention as ex-officio delegates by reliance on their purported service within LULAC while it was a suspended corporation whose conduct of business during their tenure as "State Directors" was done in violation of public policy.

30. An actual controversy exists within LULAC between the Plaintiffs and the Defendants herein on the following issues:

   (a) The legitimacy of the ex-officio status of past state directors (Does 56-66) of LULAC whose service was done while LULAC California was a suspended corporation;

   (b) The legitimacy of the votes cast by Does 1-39 and Defendant Gonzalez whose delegate status was dependent upon the payment of a check from Defendant Santa Ana Security Services, Inc., a check which was dishonored by the bank due to a stop-payment order by Defendant Gonzalez after the voting had taken place;

   (c) The authority or lack thereof of Defendant Vera and/or LULAC National to suspend the membership rights of members of LULAC

California in violation of the provisions of the LULAC Constitution;

(d) The authority or lack thereof of Defendant Vera and/or LULAC National to suspend the membership rights of members of LULAC California in violation of the provisions of the California Non-Profit Public Benefit Corporation Act;

(e) The legitimacy of the May 23, 2010 election of LULAC California.

31. A judicial determination of these controversies is necessary and desirable to vindicate the public policies of the State of California and to vindicate the rights of the Plaintiffs pursuant to the California Non-Profit Public Benefit Act.

## SECOND CAUSE OF ACTION

### LIBEL PER SE

### (Against all Defendants)

32. Within the Second Cause of Action for Libel Per Se, Plaintiff reincorporates and re-alleges as though fully set forth herein each and every allegation contained within the preceding paragraphs 1-31, inclusive.

33. At all times relevant herein, Defendant Vera knew that Plaintiff Angel Luevano was the Vice President for the Far West Region of LULAC National and a member of LULAC California.

34. At all times relevant herein, Defendant Vera knew that Plaintiff Argentina Luevano was the State Director of LULAC California.

35. At all times relevant herein, Defendant Vera knew that the acts and omissions alleged in Exhibit 1 fell within the course and scope of the duties of Plaintiff Argentina Luevano and not within the course and scope of the duties of Angel Luevano.

36. At all times relevant herein Defendant Vera knew that the allegations he made in Exhibit 1 against the Luevano Plaintiffs called into question their qualifications to hold office within LULAC National and LULAC California.

37. The allegations made in Exhibit 1 are either untrue and/or exaggerated and/or intentionally portrayed out of context. At all times relevant herein, Defendant knew that the allegations he leveled against the Luevano Plaintiffs were untrue and/or exaggerated and/or intentionally portrayed out of context.

38. At all times relevant herein, Defendant Vera had no right nor obligation to disseminate Exhibit 1 to any person other than the President of LULAC National and/or the Secretary of LULAC National and/or the Executive Director of LULAC National. Defendant Vera intentionally distributed

Exhibit 1 to persons at the LULAC California convention for the express purpose of interfering with the LULAC California elections and to favor a faction that he personally supported and with which he conspired to interfere in and influence the LULAC California election.

39. In doing the acts and omissions herein, Defendant Vera and his co-conspirators acted within the course and scope of their agency with LULAC National. The acts and omissions of these defendants were un-privileged and actually malicious and oppressive as to the rights of the Luevano Plaintiffs.

40. Plaintiffs bring suit for general damages according to proof against the Defendants and wherein, the acts and omissions of the Defendants were malicious and oppressive, Plaintiff bring suit for punitive and exemplary damages according to proof.

### THIRD CAUSE OF ACTION
### INVASION OF PRIVACY
### (Against all Defendants)

41. Within the Third Cause of Action for Invasion of Privacy, Plaintiffs reincorporate and re-allege by reference each and every allegation contained within the preceding paragraphs 1-40, inclusive as though fully set forth herein.

42. At all times relevant herein, Plaintiffs were entitled to all the protections afforded by Section 5341 of the California Corporations Code.

43. Section 5341 of the California Corporations Code requires that any suspension of membership in a Non-Profit Public Benefit Corporation be done in a manner which is fair and reasonable. Any procedure which fails to respect the personal privacy of any member accused of misconduct and/or which disseminates the accusations against members prior to providing them with an opportunity to be heard and defend themselves is inherently unfair and unreasonable. The manner in which Defendant Vera disseminated Exhibit 1 with the result that it was made available to internal political opponents of the Luevano Plaintiffs immediately prior to the LULAC California election was unfair, unreasonable, and a violation of the Plaintiffs' legal and common law privacy rights.

44. Plaintiffs have suffered and bring suit for general damages according to proof and wherein the conduct of the Defendants was actually malicious, constituted a malicious disregard for Plaintiffs' rights, and was oppressive,

Plaintiffs bring suit for punitive and exemplary damages.

### FOURTH CAUSE OF ACTION
### DECLARATORY RELIEF
**(Against Defendants Santa Ana Security Services, Inc., Miguel Gonzalez, and Does 77-80, inclusive)**

45. Within the Fourth Cause of Action for Constructive Fraud, Plaintiffs reincorporate and re-allege as though fully set forth herein each and every allegation contained within the preceding paragraphs 1-44, inclusive.

46. On or about May 22, 2010, Defendant Gonzalez tendered payment of $800.00 to LULAC California by way of a check drawn on the account of Santa Ana Security Services, Inc. for the express payment of forty (40) delegate fees for various LULAC California councils to vote at the LULAC California Convention on May 23, 2010, including his own delegate fee. Gonzalez then proceeded to run as a candidate in the LULAC elections and to urge persons whose fees he had paid to support him and other candidates in the LULAC California election. Defendant Gonzalez was defeated in his own election effort but candidates that he threw his support to received more votes than other candidates and were elected with support from delegates whose

legitimacy depended upon his payment of $800.00 for their delegate fees.

47. Subsequent to the election at the LULAC California convention, Defendant Gonzalez stopped payment on the aforementioned $800.00 check.

48. The convention parliamentarian, upon learning of the stop-payment on the $800.00 check and upon request of Plaintiff Argentina Luevano, ruled that the stop-payment on the check effectively invalidated the election (see Exhibit 2).

49. Defendant Vera, purporting to act on behalf of LULAC National, purported to have the authority to rule that the LULAC California election was valid, that the delegates whose fees were paid via the aforementioned $800.00 check were legitimate, and that Defendant Gonzalez was legitimate in stopping payment on the check by reason of a separate donation made towards unrelated expenses, i.e., as if it was legitimate to engage in barter for his own and other delegates' fees.

50. Plaintiffs bring suit for Declaratory Relief by the court to establish the following facts and conclusions of law:

  (a)   The legitimacy of the May 23, 2010 LULAC California election;

(b)   That   the   stop-payment   placed   on   the
aforementioned   check   (Exhibit   3)   by
Defendant Gonzalez subsequent to its use to
pay for delegate fees at the May 23, 2010
LULAC California election constituted an
act of dishonesty and/or fraud as the term
is   used   in   Section   7582.24   of   the
California Business & Professions Code.

### FIFTH CAUSE OF ACTION

### INJUNCTIVE RELIEF AND DAMAGES

### (Against all Defendants)

51. Within the Fifth Cause of Action for Injunctive
Relief, Plaintiffs reincorporate and re-allege
by   reference   each   and   every   allegation
contained within the preceding paragraphs 1-50,
inclusive as through fully set forth herein.

52. The delegates entitled to vote at the State
Assembly have to be individual voting members
of   California   LULAC,   in   good   standing   "as
certified by the National Treasurer."

53. Each state officer is elected by securing a
simple majority of all voting.

54. On   or   about   May   23,   2003,   in   California,
without authorization and without following the
procedures   outlined   by   the   rules   of   LULAC
National   concerning   elections   and   those
traditionally followed to ensure an orderly and
fair election (such as the delegates' approval

of the agenda, of the election procedures and of the resolution procedures), the Defendants and others proceeded to participate in an election that resulted in the purported election of the following Defendants to the following offices: Benigno Diaz, State Director, Rudy Rodriguez, Deputy State Director, Rebecca Sandoval, Deputy State Director Women, Beth Martinez, Deputy State Director Young Adult, Henry Salazar, Deputy State Director Senior, and Ricardo Mendoza, State Treasurer.

55. For, among others, the reasons stated in the First and Fourth Causes of Action the election held on May 23, 2010, was invalid, the Defendants were not properly and lawfully elected according to the Constitution and Bylaws of California LULAC, and they do not validly hold office in California LULAC.

56. Because no valid election was held as stated above, the Executive Board in office during the previous year is still California LULAC's Executive Board.

57. California LULAC is entitled to hold an election of the members of the Executive Board that its National Constitution and Bylaws mandate be elected, and to set a date, time and place for such election.

58. The invalidity of the May 23, 2010 election was known, or should have been known, to the Defendants, and the Defendants knew, or should have known, that their actions in holding the election and in thereafter holding themselves as duly elected officers of California LULAC would inevitably result, in California LULAC's having to bring this action and, in that connection, having to incur litigation and other related expenses.

59. Since May 23, 2010, in various states of the United States, including the State of California, the Defendants have sought financial contributions and have made public announcements claiming that they are the duly elected officers of California LULAC and have contacted persons and entities that do business with California LULAC.

60. Since May 23, 2010, through their claimed but invalid status as officers of California LULAC the Defendants:

(a) Have acquired information, knowledge and business opportunities from and through business contacts and connections developed by California LULAC before May 23, 2010;

(b) Have acquired information, knowledge and business opportunities from and through business connections and contacts that were rightfully

California LULAC's that came about after May 23, 2010 in response to the Defendants' representing themselves as officers of California LULAC.

(c) Have exploited the information, knowledge and business opportunities heretofore mentioned for their own benefit and for the benefit of an entity or entities created by the Defendants to compete with California LULAC and to benefit from such information, knowledge and business opportunities.

(d) Have failed to inform California LULAC of their activities in connection with the information, knowledge and opportunities heretofore mentioned and to the contrary, have willfully refused and failed to furnish any information regarding those activities to California LULAC.

61. The damage thus resulting to California LULAC comprises the following:

(a) Irreparable damage that will irremediably cripple California LULAC's ability to carry on its business in California and elsewhere and cannot be adequately compensated for in damages unless the Defendants are enjoined from making further claims that they are the duly elected officers of California LULAC and, as such represent California LULAC, from in any other way interfering with the activities of California LULAC and from exploiting and taking advantage of California LULAC's business and other contacts; and

(b) Monetary damage resulting from the Defendants' causing California LULAC to lose funding and business opportunities from those persons and entities that have or will extend funding and business to the Defendants and to those entities formed by the Defendants to exploit those opportunities.

(c) Monetary damages flowing from the resulting financial inability on the part of California LULAC to carry out its aims and to offer the quality and quantity of training and other activities to its members and to the members of the Hispanic community that would have been offered in the absence of curtailed financial inflow.

(d) Loss of good will.

(e) Litigation and related expenses.

**WHEREFORE, the Plaintiff prays that the Court enter judgment against the Defendants, jointly and severally, as follows:**

**1. For judgment for the Plaintiffs and against the Defendants and each of them;**

**2. For Declaratory Relief as requested and set forth in the First and Fourth Causes of Action;**

**3. For general damages according to proof on the Second and Third Causes of Action;**

**4. For a Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction on the Fifth Cause of Action**

(a) restraining the Defendants from claiming that they are officers of California LULAC,

(b) from in any way interfering with the business and affairs of California LULAC including contacting persons and entities that do business or that have done business or may hereafter do business with California LULAC, exploiting or taking advantage of California LULAC's business and other contacts, and generally, doing anything that may jeopardize California LULAC's relations and prospects with those persons and entities;

(c) award damages against the Defendants and each of them for the losses, expenses and damages that have been caused to California LULAC as a result of the Defendants' activities;

(d) order the defendants to disgorge all funds they, and their entities they have created have received from their exploitation of California LULAC's business and other opportunities;

(e) Set a date, time and place for the holding of the election of Executive Board members to hold office over the one year period following the election;

(f) award costs, interest and attorney's fees and such other relief as may be proper.

Angel Luevano

Argentina Luevano

COMPLAINT - 22

**YAHOO! MAIL**

**LULAC Membership Standing**

From: 'Luis Vera Jr.' <lrvlaw@sbcglobal.net>

To: 'Angel Luevano' <aamentor2000@aol.com>

Cc: 'Brent Wilkes' <bwilkes@lulac.org>, 'Carolina Munoz' <cmunoz@lulac.org>, 'Guadalupe Morales' <Gmorales@lulac.org>, 'Roger Rocha Jr.' <rocha_roger@msn.com>, 'Rosa Rosales' <presidentrosales@lulac.org>

To: Angel and Argentina Luevano,
Re: LULAC Members Not in Good Standing
Date: Friday May 21, 1070

This is notice that both of you as Members of LULAC are not in Good Standing and all rights and privileges as members are immediately withdrawn. Therefore you are immediately prohibited from conducting any LULAC business or to use the LULAC name. This action is for the following reasons

1. Your failure to comply with the boards directive and your promise to repay the thousands of dollars you spent for Puerto Rico charged to the LULAC account.

2. Placing LULAC in a bad light with our partner hotel by failing to pay your state convention bill for 2009 and by again attempting to use the LULAC National credit account to charge your 2010 convention hotel bill

The business office is immediately instructed to not make any expenditures of any kind for each of you in regards to reimbursement or travel and expenses of any kind including the upcoming national convention. The membership office is instructed to not accept you as a member in good standing nor to recognize you as officers in LULAC nor to accept you as delegates. This directive will remain in effect until such time as you repay the full balance of your monetary debt to LULAC and debt caused by you in regards to your past and present state convention hotel bills

Respectfully,

*Luis Roberto Vera, Jr.*

*Attorney and Counselor at Law*

*LULAC National General Counsel*

*1325 Riverview Towers*

*111 Soledad*

*San Antonio, Texas 78205-2260*

*Office (210) 225-3300*

*Fax (210) 225-2060*

*lrvlaw@sbcglobal.net*

Jan B. Tucker with.....

   

FBI Director Louis Freeh    Atty Gnl Janet Reno    Labor Sty Hilda Solis  President Bill Clinton

**J.B. TUCKER & ASSOCIATES**
**P.O. Box 433 Torrance CA 90508-0433** 310.618.9596 Fax 1950
California Private Investigator License #PI-10143
Email: admin@janbtucker.com www.janbtucker.com

r I.D. Only:

Chairman of the
Board of
Directors –
California
Association of
Licensed
Investigators

National
Commissioner
for Civil Rights,
LULAC

Chief
Investigator,
Civil Rights
Commission,
CA League of
United Latin
American
Citizens

Legislative
Director – L.A.
County
Criminal
Defense
Investigators
Association

Member –
National
Council of
Security &
Investigative
Services

Member –
American
Correctional
Association

June 1, 2010

Re: REQUEST FOR PARLIAMENTARY RULING CONCERNING VALIDITY OF CALIFORNIA
LULAC ELECTION HELD May 23, 2010

To: All Concerned Parties

I served as the convention parliamentarian for the California LULAC State Convention held on
May 23, 2010. In that capacity, I have been asked for an *ex post facto* ruling on the validity of
those elections in light of documents which were subsequently obtained and provided to me
that bear directly on the legitimacy of votes cast by delegates. The facts have been recounted
to me by Al Rocha, as follows:

> Re: INVALID 2010 CALIFORNIA LULAC STATE CONVENTION
> ELECTIONS
>
> The League of United Latin American Citizens (LULAC)
> Constitution, Bylaws, and Protocol (Revised 2008) Article XIV,
> The Constitution and Bylaws, Section I, states that "This
> Constitution and bylaws shall become the Supreme Law of the
> League of United Latin American Citizens (LULAC)."
>
> In addition, the subject Constitution and bylaws identifies the
> required processes to elect its National and State Officers and
> Directors. Specifically, the LULAC Constitution and Bylaws states
> the following:
>
> 1. "Only accredited delegates registered at the Convention will
> be allowed to vote."
> 2. "Each council in good standing shall have the right to send as
> many delegates and alternates as it is entitles to in accordance
> with their paid membership."
> 3. "Any delegate that is uncertified shall not be allowed to vote."

1

4. "Councils organized less than thirty days prior to a convention or whose charter has not been officially presented and approved by the National Board of Director, may send delegations to a convention but without the right to vote."

5. "Certified delegates of the Council shall have a vote."

6. "Charter agreement states that a Council shall have all the rights and powers and will be bound by the limitations and responsibilities as set forth in the LULAC Constitution and Bylaws and this Agreement. This Agreement becomes a binding contract upon its execution by the contracting parties effective on the date stated above and is renewable annually."

7. "The Constitution and Bylaws shall become the Supreme Law of the League of LULAC. All Constitutional provisions, Bylaws, Resolutions, Policies and Customs in conflict with this Constitution and Bylaws are hereby repealed and/or rescinded."

8. "The State Assembly is vested with all legislative, judicial and executive powers granted under its constitution and bylaws, adopted resolutions and policies which shall be subordinate to and consistent with the National Constitution an bylaws, and the resolutions, policies and customs of the National Organization."

9. "State Directors are elected by their respective State Assemblies, shall be elected by a majority vote of the accredited delegates."

10. "Credentials Committee will be used to ascertain eligibility to vote at the convention."

11. "Any delegate that is uncertified shall not be allowed to vote. Such a provision may not be set aside by the Assembly."

On Sunday, May 23, 2010, the California State Assembly allowed 119 delegates to take part in the convention elections contrary to the recommendations of eligibility determinations from the California State Treasurer, the Credentials Committee, and Elections Committee Chairman. Please review the following documents:

1. 2010 National LULAC Council Roster for California
2. 2010 California LULAC Roster – Districts and Councils
3. 2010 California LULAC Credentials Committee Report

The listed reports will identify numerous councils and individuals who were listed as not eligible and uncertified to vote in the subject elections. Further, please note that Miguel (Mike0 Gonzales, District 3 Director, put a 'Stop Payment' on his $800.00 check on May 24, 2010 that was used to pay the delegate fees for 40 delegates at the Convention on Sunday, May 23, 2010. His

2

check was used to pay for the participation of Councils 5154, 3155, 3156, 3157, and two councils without charter numbers. His check and the related bank notice is attached for your review as well.

As the appointed State Parliamentarian, I asking you to review the attached documents, to review the LUALC Constitution, Bylaws, and Protocol (Revised 2008) and to offer a professional opinion on the validity of the elections held on Sunday 23, 2010 at California LULAC Convention in Anaheim, California at the Doubletree Hotel Anaheim.

I appreciate your assistance and professionalism.

Alberto (Al) Rocha
Deputy State Director
510-809-5381

Having reviewed the *prima facie* evidence of the Stop Payment on a Check tendered for delegate fees from a corporation, Santa Ana Security Services, Inc. which was presented for payment of those fees on May 22, 2010 and signed by Miguel Gonzalez it is intuitively obvious that the delegates permitted voting privileges at the conference dependent on that payment were in fact not eligible to vote.

In reviewing these issues, I have consulted *Roberts Rules of Order, Newly Revised* (Cambridge MA: Da Capo Press, October 2000, 10th Edition) pp. 402-404; and *The Standard Code of Parliamentary Procedure*, (New York: McGraw Hill, 2001) p. 161. The Standard Code is otherwise known as "Sturgis," for its author, to distinguish it from "Roberts." Sturgis is the code utilized by the American Institute of Parliamentarians.

Rule 12 of the LULAC State Convention Rules which were adopted by the convention provides that "Challenges to any election must be issued to the Legal Advisor immediately after the outcome is announced and before another election has begun. It shall take, as per Robert's Rules of Order (revised), a two-thirds vote to overturn all rulings made by the Legal Advisor." This rule however does not take into account a situation in which the status of ineligible delegates is not discovered until after the election. Therefore, the 17th rule comes into play. That rule states that "Any issue not covered by these Convention Rules will be determined by the proper provisions within the LULAC National Constitution, By-Laws and Protocol, and Robert's Rules of Order (revised) in that order.

The Constitution, Bylaws and the League's "Simplified Parliamentary Procedure," Article V, simply do not address the issue of what to do about an election in which the ineligibility of delegates is determined after the fact.

Robert's (p. 402) states that "If there is evidence that any unidentifiable ballots were cast by persons not entitled to vote, and if there is any possibility that such ballots

3

might affect the result, the entire ballot vote is null and void and a new ballot vote must be taken." *Sturgis* (p. 161) indicates that "An election may be challenged only during the time when it is taking place or within a reasonably brief time thereafter..." and recognizes that ineligible voters having participated is a ground for challenging an election. *Sturgis*, like *Robert's*, agrees that to be effective the number of challenged votes must be such that a different result might have occurred had the ineligible voters not participated. This standard is also borne out by similar provisions of the California Elections Code.

I therefore rule as follows:

1. All delegates whose legitimacy depended upon the payment of delegate fees that were paid with the check whose payment was stopped were not eligible to vote at the convention in spite of their having been seated and allowed to participate in the voting;

2. The challenge to this election is within a reasonably brief time and could only have been made following discovery of the "stop payment" placed on the delegate registration check;

3. The number of delegates involved is sufficient to have changed the outcomes of various elections, beginning with the election for State Director;

4. Because the outcome of each office is dependent on decisions made on the floor by potential candidates based upon the votes for offices that have been concluded, the ineligible delegates have changed the entire equation of the election;

5. The election for officers that took place on May 23, 2010 is thus, "null and void," to use *Robert's* terminology, and "...a new vote must be taken."

Respectfully submitted,

Jan B. Tucker
2010 State Convention Parliamentarian
California League of United Latin American Citizens

4

# EXHIBIT 12

Share   Report Abuse   Next Blog»                                                    Create Blog   Sign In

# Voice of the Mainland

Thursday, October 14, 2010

## LULAC WAS REINSTATED ON OCTOBER 14, 2010

The League of United Latin American Citizens has managed to be reinstated as a viable nonprofit corporation effective October 14, 2010. LULAC's charter was placed in forfeiture on December 1, 2004 and was involuntarily dissolved on April 8, 2005.

The organization's new agent for service is Luis R. Vera at 111 Soledad, Suite 1325, San Antonio, Texas 78205.

The organization apparently filed reports that had not been filed for 2004, 2005, 2006, 2007, 2008, 2009 and 2010 on the date of reinstatement.

The dates of lacking legal status to conduct business are December 1, 2004 through October 13, 2010.

Whether the dead time is challengable for acts undertaken in the name of the organization during the dead period would be up to a court to determine.

We will just have to wait and see where LULAC goes with its new life.

At the present time, it is kicking members out of the organization and mailing out cease and desist letters to LULAC'ers it considers enemies of the organization, like the letter that went out to the Luevanos and the letters that are being prepared for Jaime Martinez, David Cruz and the Editor. You will note that the Luevano letter is dated October 8, 2010, 5 days before LULAC had been reinstated. In the Editor's eyes, the cease and desist letter is challengable because it was written during the dead time, a time that LULAC could not conduct business for acts that occured during the dead time.

Posted by Editor at 8:38 PM   0 comments  🔗

Wednesday, October 13, 2010

## LULAC: THE ARROGANCE

You might want to read the letter below before you read the Editor critique of the letter.

Read the letter that was written by Attorney Xavier R. Baeza out of San Francisco, California to Angel and Argentina Luevano. Read it carefully and absorb the arrogance of an attorney who does not understand the law of organizations in Texas representing an organization that has lost the hinges on its doors.

The attack on the Luevanos is Pinochet. He should have checked with a corporation attorney in Texas to learn that LULAC is a dissolved organization. As a dissolved organization, LULAC has no legal standing. LULAC cannot take the Luevanos to court. All acts of the attorney against the Luevanos are illegal acts of the attorney for which he can be held liable. If he is acting for someone in LULAC, those persons who sanctioned his acts are engaged in illegal acts for which they can be held liable.

He warns the Luevanos that they cannot hold themselves out as former officers of LULAC. In the Editor's books they are still officers of the organization. If you are a former office holder, you have license to hold yourself out as a former office holder. As close as President Richard Nixon was to getting impeached, we still refer to him as the former President. For many millions he still has the title of Mr. President.

### Followers

**Follow**   
with Google Friend Connect

**Followers (4)**

Already a member?Sign in

### Blog Archive

▼ 2010 (28)
  ▼ October (12)
    LULAC WAS REINSTATED ON OCTOBER 14, 2010

    LULAC: THE ARROGANCE

    LULAC: At THE CROSSROADS

    LUEVANOS WIN ROUND ONE AGAINST LULAC

    LUEVANOS RESPONSE TO ANOTHER KANGAROO COURT CONDUC...

    TIME THAT LULAC HAS BEEN WITHOUT A CORPORATE CHART...

    YOU ARE HEREBY NOTIFIED THAT THE CORPORATION'S RIG...

    NO EXCITEMENT TO GET OUT THE VOTE IN 2010...HERE'S...

    Banana Republic: F.B.I. Arrests 129 in Police Corr...

    Proposed Changes to the Constitution of LULAC Rega...

    LULAC UPDATE

    LULAC: RIGHT TO CONDUCT AFFAIRS WAS FORFEITED. Dec...

He warns them that when speaking to a "child" or an adult, that any reference that the Luevanos make that involves LULAC, that each must condition the comment with a statement that each is not a person in good standing in LULAC. How KKK can LULAC get? How Pinochet can LULAC get? Is this what LULAC has learned from the government of Puerto Rico? The year is 2010 in California, not some backcountry town in somewhere Mississippi, Louisiana, or Alabama in the year 1951.

Where did LULAC find this stupid attorney, this pendejo abogado?

Attorney Baeza warns the Luevanos not to use the word LULAC, L.U.L.A.C., of similar works that include the LULAC name, in the short term or in the long term. LULAC'ers use LULAC in every other word. Sometimes its good, sometimes its bad, but they still use it all over the map. Se avento LULAC. Que pinche LULAC. Que bruto LULAC, Que padre LULAC. Que lindo LULAC.... El chavo esta en LULAC. La chava esta en LULAC. They're LULAC'ers...,they're good people.

The Luevanos are warned that they are not to make any statements that they are current members of LULAC or former members of LULAC. Even divorced couples refer to each other as my former wife, my formey husband or I'm a former wife or former husband of the person.

Attorney Baeza goes on to threaten the Luevanos that if they cross the many lines the attorney Baeza draws in the sand, that he will take the Luevanos to court and the matter to the Elections Department of the County Clerk's office and go to the press. Mr. Luevano is running for a state office in California. What is LULAC doing getting involved in state politics in California? Its a nonprofit corporation with a 501 (c)(3) charter. No politics.

If you are part of LULAC, this is what you will be dealing with for some time to come. LULAC has gone Banana Republic and Pinochet at the same time. The progressive wing of LULAC is going to fight back will all the energy that life will allow. Just wait and see. We're turning the temperature up to 500 degrees. We're going to turn the heat all the way to the top. We will leave it there until someone shows some respect.

Similar letters form LULAC's hired guns are on their way to Jaime Martinez, David Cruz and the Editor.

The Editor would like a letter like the one written to the Luevanos from the same stupid Attorney Baeza. The Editor would cut this stupid attorney down to size in a Texas, aka, New York, minute.

By the way Attorney Xavier R. Baeza, there is no Friday, October 14, 2010. This Friday will be October 15, 2010. Next time you draw your gun, make sure its pointed in the right direction. You might get yourself shot in the foot.

Re-write your stupid letter to the Luevanos. Apologize to them for being a stupid mean person. Ask them for their forgiveness. Next, apololize to all LULAC'ers whom you have offended with your stupid letter. If you still insist, correct the date. If you are a manly attorney, you will follow up on your threat. If you are a girlie attorney, which I think you are, you will realize you have made a huge mistake and not take any action against the Luevanos. As of the date of your letter, LULAC is a dissolved nonprofit corporation under the laws of the great State of Texas. If you act on your threats, the Luevanos and their attorneys will get your lawsuit thrown out of court in rapid fire order.

While you are correcting your letter, get the name of Rosa correct. Her name is Rosa Rosales, not Rosa Sandoval.

By the way, does LULAC national pay you by the hour for writing smart letters or by the hour for writing venomous letters?

In all, the letter is cruel, as cruel as the Editor has seen.

Something that you might expect from the KKK writing to a black person in 1951 Mississippi, Louisiana, of Alabama.

Is this what LULAC has come to?

The Editor is anxious to read the letter to Jaime, to David and the one to himself.

Oooh. LULAC is getting pissed off.

Get mean and tough and LULAC will get pushback.

► September (13)
► August (3)

This is the posting as of 12:01 AM CST, Thursday, October 14, 2010 on the Texas Secretary of State's website:

| 5967901 | THE LEAGUE OF UNITED LATIN AMERICAN CITIZENS | Domestic Nonprofit Corporation | Involuntarily dissolved | Legal | Inactive |
|---------|-----|-----|-----|-----|-----|

You may print the letters below by clicking the printer icon that appears on each page.

Law Offices Of
**Xavier R. Becerra**
15 Boardman Pl., 3rd Flr.
San Francisco, California 94105

Tel: ((C:S) 252-9796
Fax: (415) 252-9772
Cell: (c:15) 269-6112

October 8, 2010

CA Bar #131552
AZ Bar #022337

Mr. Angel Luevano
Mrs. Augustine Davila-Luevano
3001 Kodiak Street, Apartment 129
Antioch CA 94531

Sir/ Madam,

On behalf of the Board of the National Office of League of United Latin American Citizens, I am sending you this letter to demand that you cease and desist from using the name of League of United Latin American Citizens or its acronym of L.U.L.A.C. and/ or any of the possible variations in any and all forms of communications, which include oral/ verbal communications and are not limited to written, telegraphic, and or digital forms of communications.

Furthermore, you cannot individually nor collectively refer to yourselves as members of the above-named organization, either past or present. If you do make this representation, to anyone, adult or child, you must state that you are members not in good standing. Your own admission that you had a deal with Rosa Sandoval acknowledges that you know that you were not in good standing and that you were trying to raise money in order to receive the issue of monies that had been taken by you, individually and collectively.

Since you know that you were not in good standing and have not been in good standing for some time, you are not eligible to hold office in said organization. Therefore, you cannot hold yourselves out to be officers in said organization. You must cease and desist from identifying yourselves as officers and past officers.

This demand applies to all forms of communications including but not limited to websites and any other form of communications. Failure to remove your ourselves form any website or other form of communication that you may participate in or submit information to will lead to further reprisals such as injunctions filed in your home county of Contra Costa County.

You have until 12pm (noon) on Friday, October 14, 2010, to comply with this cease and desist demand. My office has been authorized to inform the Elections Dept. of the County Clerk if you do not comply with this demand. And the press will be informed as well.

If you fail to comply with the demands indicated in this letter a request for a preliminary injunction will be filed on Friday, October 14, 2010 after 12pm. You may contact me at the contact information listed above. The Fax number has changed to (415) 864-3389. I do not accept collect telephone calls. I will not speak about your matter with anyone who is not an attorney duly licensed to practice law in the State of California and if the person is an attorney, they must provide proof that they are retained to represent you.

Submitted,

Xavier R.I.Baeza
Attorney at Law

PS: I have read your laughable response to the National Board's Impeachment process and must inform you, that since you had knowledge that you were not in good standing; you, individually and collectively, are not officers/nor directors in LULAC.

Posted by Editor at 11:59 PM   0 comments

## LULAC: At THE CROSSROADS

The League of United Latin American Citizens was born out of a merger of three Mexican American organizations that had been trying to come together as early as 1927. The organizations were the Order of the Sons of America out of Corpus Christi, Texas, the Order of the Knights of America out of San Antonio, Texas and the League of Latin American Citizens out of the Texas Valley. The first convention was held in Corpus Christi on May 18-19, 1929. This convention was called a constitutional convention where the constitution of the organization would be ratified. The second convention was held in Alice, Texas on may 3-4, 1930. It was out of this second convention that LULAC voted to incorporate under the laws of the State of Texas. The incorporating fee was $10.00. The corporate charter for LULAC was filed on June 15, 1931. The charter number assigned to LULAC by the Texas Secretary of State was Charter Number 59679. The Secretary of State has added an appendage of 01 to the number. The organization's Charter Number today is known as 5967901. You may review the original charter here: http://voiceofthemainland.com/LULAC_Corporate_Document_1.pdf

The original filing has page 3 missing.

The charter for each of the three organizations that merged to create LULAC were filed in 1922 (Sons of

| | Share   Report Abuse   Next Blog» | Create Blog   Sign In |

# Voice of the Mainland

Tuesday, October 12, 2010

## LUEVANOS WIN ROUND ONE AGAINST LULAC

Below you will find documents related to the case of Angel Luevano and Argentina Luevano and LULAC. Angel Luevano is the LULAC VP for the Far West and Argentinal Luevano is the LULAC State Director for LULAC. The LULAC California State Convention was to hold elections for office on May 23, 2010 in the County of Orange, State of California. On the morning of the 23rd of May, Luis Vera, who acts as the legal adviser and legal counsel for national LULAC emailed a notice to the Luevanos informing them that "both of you as Members of LULAC are not in Good Standing and all rights and privileges as members are withdrawn. Therefore you are immediately prohibited from conducting any LULAC business or to use the LULAC name." The emails had been prepared on the 21st of May, but were not sent to the Luevanos until the morning of the 23rd of May. Other LULAC California members received copies of the email along with the Luevanos. You may review the email from Luis Vera here:

http://voiceofthemainland.com/Luevano_Lawsuit_email.pdf

The elections were held in California. The Luevanos filed their lawsuit against Luis Vera, several other California LULAC persons and national LULAC.

The lawsuit may be viewed here:

http://voiceofthemainland.com/Luevano_Lawsuit.pdf

On June 6, 2010, Angel Luevano, as Vice President of the Far West for National Lulac, wrote a letter to Rosa Rosales informing her that the election of officers of the California LULAC Convention were null and void.

You may review the letter from Luevano to Rosales here:

http://voiceofthemainland.com/Luevano_Invalid2010CALULACElectionsLNVP662010.pdf

The analysis is based on an expo-facto analysis of the election written on June 6, 2010 by Attorney Jan B. Tucker, 2010 State Parliamentarian for the California League of United Latin American Citizens.

You may review the Parliamentarian's report here:

http://voiceofthemainland.com/Luevano_Parliamentary_Ruling1PDF.pdf
The Luevanos filed their complaints to National LULAC, which were heard on October 2, 2010. The case of the Luevanos was given a less than 5 minute hearing by the LULAC board, said hearing being conducted by Miguel Escobar, an attorney from San Antonio who has been been hired as legal adviser to national LULAC. When Angel Luevano tried to have one of his witnesses testify, Dr. Alberto Rocha, Escobar hung up the telephone and cut of the conversation. Angel Luevano filed the letter below in response to how his hearing had been handled.

Review the Luevano response to the national LULAC board hearing of his case here:

http://voiceofthemainland.com/Luevano_Response_to_Board_10_2_2010.pdf

The Luevanos lawsuit was granted a default judgment against Luis Vera, Benny Diaz and Ricardo Mendoza. A default judgment is a victory for the Luevanos against these three parties.

000041.18

### Followers

**Follow**
with Google Friend Connect

**Followers (4)**

  

Already a member? Sign in

### Blog Archive

▼ 2010 (25)

▼ October (9)

LUEVANOS WIN ROUND ONE AGAINST LULAC

LUEVANOS RESPONSE TO ANOTHER KANGAROO COURT CONDUC...

TIME THAT LULAC HAS BEEN WITHOUT A CORPORATE CHART...

YOU ARE HEREBY NOTIFIED THAT THE CORPORATION'S RIG...

NO EXCITEMENT TO GET OUT THE VOTE IN 2010...HERE'S...

Banana Republic: F.B.I. Arrests 129 in Police Corr...

Proposed Changes to the Constitution of LULAC Rega...

LULAC UPDATE

LULAC: RIGHT TO CONDUCT AFFAIRS WAS FORFEITED. Dec...

► September (13)

► August (3)

You may review the default judgment document here:

http://voiceofthemainland.com/Luevano_DefaultGranted10-4-10.pdf

Posted by Editor at 10:59 PM   0 comments

Sunday, October 10, 2010

## LUEVANOS RESPONSE TO ANOTHER KANGAROO COURT CONDUCTED BY LULAC'S ATTORNEY, MANUEL ESCOBAR

It seems like the illegal LULAC Board conducted several kangaroo courts on Saturday, October 2, 2010. The kangaroo courts were conducted by LULAC new legal adviser, Manuel Escobar out of San Antonio. The first LULAC'er to go beofre the kangaroo Board was the Editor. Stupid Maunel Escobar would not let the Editor's attorney present his case before the Board.

Next came LULAC'er Hector Carrillo. The dumb LULAC attorney gave Carrillo 1 minute to present his case. Without much ado, Escobar hung up the telephone on Carrillo.

Next came the case of the Luevano's out of California. Luevano was given 5 minutes to present his case. When Luevano tried to present Dr. Alberto Rocha as a witness, again the stupid attorney hung up the telephone on the Luevanos. Read the letters the Luevanos sent LULAC in response to the kangaroo court.

We are just letting the illegal LULAC Board take out more of the rope and then we are going to yank it just right to cause the Board to collapse. Just wait and see.

You may block print the letter below or download a pdf file of the letter here:
http://voiceofthemainland.com/Luevano_Response_to_Board_10_2_2010.pdf