UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS INC, Plaintiff, v. NATIONAL LEAGUE OF LATIN AMERICAN CITIZENS, et al., Defendants. | Case No. 13-cv-04725-JSC <br><br> **ORDER GRANTING DEFENDANT NATIONAL LEAGUE OF LATIN AMERICAN CITIZENS' EX PARTE APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION** <br><br> Re: Dkt. No. 42 |

Following the hearing on the motion of Defendant National League of Latin American Citizens ("NLLAC") to dismiss for lack of personal jurisdiction, NLLAC seeks leave to file a supplemental declaration in support of its motion to dismiss. NLLAC's application is GRANTED.

Plaintiff League of United Latin American Citizens, Inc. may file a response to NLLAC's supplemental declaration, including any evidence in support of its personal jurisdiction allegations, by no later than **Monday, August 25, 2014**. The Court will take the matter under submission at that time.

**IT IS SO ORDERED.**

Dated: August 18, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge