1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7   LEAGUE OF UNITED LATIN
    AMERICAN CITIZENS INC,                 Case No.  13-cv-04725-JSC
            Plaintiff,
8       v.
9   NATIONAL LEAGUE OF LATIN                **ORDER DISMISSING DEFENDANT
    AMERICAN CITIZENS, et al.,              JAN TUCKER**
10          Defendants.                     Re: Dkt. No. 40

11

12

13       At stated on the record at the hearing on August 14, 2014, Defendant Jan Tucker is

14  dismissed without prejudice.

15       This Order disposes of Docket No. 40.

16       **IT IS SO ORDERED.**

17  Dated: August 20, 2014

18                                          _____
                                            JACQUELINE SCOTT CORLEY
19                                          United States Magistrate Judge

20

21

22

23

24

25

26

27

28